# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KEVONGH J. GRANT | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:19-cv-00025 |
| | ) | |
| vs. | ) | (Removed from the Superior |
| | ) | Court of the Virgin Islands |
| APTIM ENVIRONMENTAL AND INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ODEBRECHT CONSTRUCTION, INC., NATHAN McCANN, ANDREW McCANN, JOHN DOES, JANE DOES, and UNKNOWN CORPORATIONS, | ) | Case No. SX-19-CV-151) |
| | ) | **ACTION FOR DAMAGES** |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF TAKING DEPOSITION

TO:  Aptim Environmental and Infrastructure , Inc.
C/O:  Adam Moskowitz, Esq.
Dudley, Newman & Feuerzeig, LLP
Law House
P.O. Box 156
St. Thomas, VI. 00804
amoskowitz@dnfvi.com

**PLEASE TAKE NOTICE** that the Plaintiff Kevongh Grant, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the oral deposition of the person named below, at the time, on the date, at the hour, and at the place indicated below:

Deponent:            Jonathan Hunt

Time and Date:      January 27, 2023 at 9:30 am AST

Location of Deposition:   Virtual via Zoom (video recorded/stenographic); Zoom link to be provided.

*Kevongh J. Grant vs. Aptim Environmental and Infrastructure, Inc., et al.*
*Case No.: 1:19-cv-00025*
*Plaintiff's Notice of Taking Deposition*
*Page 2*

The Defendant Aptim has agreed to produce the above named deponent before a Court Reporter and Notary Public, or before their duly designated representative, who are not of counsel to the parties of interest in the event of the cause.

The oral examination and deposition will continue until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court.

Respectfully submitted,

DATED: <u>25 January 2023</u>    <u>/s/ Diane M. Russell</u>
**Diane M. Russell, Esq.**
Law Offices of Diane M. Russell, P.C.
VI Bar # 493
9273 Estate Clifton Hill
Kingshill, VI 00850
Telephone: (340) 719-5376
russell.diane1@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>25</u> day of <u>January</u> 2023, I electronically filed the foregoing *Plaintiff's Notice of Taking Deposition* with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Alex M. Moskowitz, Esq.**
**Lisa Michelle Komives, Esq.**
Dudley, Newman & Feuerzeig, LLP
Law House
P.O. Box 156
St. Thomas, VI. 00804
amoskowitz@dnfvi.com

Yvonne Setorie, RPR
Elite Reporting Services, Inc.
P.O. Box 5619
Christiansted, St. Croix 00823
Facsimile: (340) 778-2461
elitereportingsvcs@gmail.com

<u>/s/ Diane M. Russell</u>