# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT ) | |
| ) | |
| Plaintiff, ) | Case. No. 1:19-CV-0025 |
| v. ) | |
| ) | |
| APTIM ENVIRONMENTAL AND ) | |
| INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ) | |
| ODEBRECHT CONSTRUCTION, INC., NATHAN ) | |
| McCANN, ANDRES McCANN, JOHN DOES, JANE ) | |
| DOES AND UNKNOWN CORPORATIONS ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant APTIM Environmental and Infrastructure, LLC (f/k/a APTIM Environmental and Infrastructure, Inc.)("APTIM"), by and through its undersigned counsel Dudley Newman Feuerzeig LLP and files its instant Motion for Summary Judgment. For the reasons set forth in the Memorandum of Law of even date, APTIM respectfully requests that the Court grant summary judgment in APTIM's favor and dismiss all counts against it with prejudice.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED:** February 24, 2023    By:    */s/* Alex M. Moskowitz
**ALEX M. MOSKOWITZ** (V.I. Bar No. 1072)
**CRAIG M. O'SHEA** (V.I. Bar No. R2072)
Law House
1000 Frederiksberg Gade
St. Thomas, VI 00802
Telephone:   (340) 774-4422
E-Mail:   amoskowitz@dnfvi.com
E-Mail:   coshea@dnfvi.com

*Motion for Summary Judgment*
*Grant v. APTIM et al.*
*Civil No. 2019-025*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 24th day of February, 2023, I caused the foregoing "**Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Statement of Material Undisputed Facts, and Proposed Order**" to be electronically filed with the Court's ECF/CMF system which will send notification of same to the attorney listed below:

DIANE M. RUSSELL, ESQ.
LAW OFFICES OF DIANE M. RUSSELL, PC
9273 ESTATE CLIFTON HILL KINGSHILL
ST. CROIX, VI 00850
RUSSELL.DIANE1@GMAIL.COM

                                                                                                    /s/ Alex M. Moskowitz

*R:\DOCS\6678\6\PLDG\33C984403.DOCX*