IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APTIM ENVIRONMENTAL AND ) <br> INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ) <br> ODEBRECHT CONSTRUCTION, INC., NATHAN ) <br> McCANN, ANDRES McCANN, JOHN DOES, JANE ) <br> DOES AND UNKNOWN CORPORATIONS ) <br> ) <br> Defendants. ) | Case. No. 1:19-CV-0025 |

# EXHIBIT 2



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
## PROFESSIONAL LICENSE

### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 1 Chapter 16 and Title 27 V.I.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted

| Licensee: | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. | |
|---|---|---|
| Trade Name: | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. | |
| Mailing Address | | Physical Address |
| 4171 ESSEN LANE<br>ATTN: AYANNA GINN<br>BATON ROUGE<br>LA 70809 | | 72 KRONPRINDSENS GADE<br>WATERFRONT CENTER SUITE A<br>ST. THOMAS<br>ST. THOMAS VI 00802 |
| Business No: | 35554 | License No: 1-35554-3B |

**Types of License(s)**
Engineering Services

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

**2018**

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

| Valid from | 04/23/2018 until 08/31/2019 |
| Printed on | 04/23/2018 |
| Issued at | St. Thomas, V.I. |
| Fee | 130.00 |

Commissioner, Department of Licensing and Consumer Affairs

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00182



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
### PROFESSIONAL LICENSE

#### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 3 Chapter 16 and Title 27 V.J.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted.

| Licensee: | JEFFREY HILLSON | | |
|---|---|---|---|
| Trade Name: | JEFFREY HILLSON | | |
| **Mailing Address** | | **Physical Address** | |
| 2048 MRYTLE AVE | | 2048 MRYTLE AVE | |
| BATON ROUGE | | BATON ROUGE | |
| LA 70806 | | LA 70806 | |
| **Business No:** | 40809 | **License No:** | 0-40809-1B |

**Types of License(s)**
Engineer

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

## 2018

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

| | |
|---|---|
| Valid from | 03/28/2018 until 08/31/2019 |
| Printed on | 03/28/2018 |
| Issued at | V.I. |
| Fee | 130.00 |

_Commissioner, Department of Licensing and Consumer Affairs_

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00183



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
## PROFESSIONAL LICENSE
### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 3 Chapter 16 and Title 27 V.I.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted.

| Licensee: | BERNARD KARAM | | |
|---|---|---|---|
| Trade Name: | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC | | |
| **Mailing Address** | | **Physical Address** | |
| 5030 ANCHOR WAY  SUITE 13  CHRISTIANSTED  ST. CROIX VI 00820 | | 5030 ANCHOR WAY  SUITE 13  CHRISTIANSTED  ST. CROIX VI 00820 | |
| Business No: | 39944 | License No: | 2-39944-1B |

**Types of License(s)**
Construction Contractor

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

**2018**

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

| | |
|---|---|
| Valid from | 01/12/2018 until 10/31/2018 |
| Printed on | 01/12/2018 |
| Issued at | St. Croix, V.I. |
| Fee | 130.00 |

Commissioner, Department of Licensing and Consumer Affairs

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00184



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
### PROFESSIONAL LICENSE

#### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 3 Chapter 16 and Title 27 V.I.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted.

| Licensee: | CHRISTOPHER WEISBERG | | |
|---|---|---|---|
| Trade Name: | CHRISTOPHER WEISBERG | | |
| **Mailing Address** | | **Physical Address** | |
| 6010 CORTELAND DRIVE<br>KNOXVILLE<br>TN 37909 | | 6010 CORTELAND DRIVE<br>KNOXVILLE<br>TN 37909 | |
| **Business No:** | 40810 | **License No:** | 0-40810-1B |

**Types of License(s)**
Architect

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

**2018**

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

| Valid from | 03/28/2018 until 08/31/2019 |
|---|---|
| Printed on | 03/28/2018 |
| Issued at | V.I. |
| Fee | 130.00 |

Commissioner, Department of Licensing and Consumer Affairs

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00185



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
## PROFESSIONAL LICENSE

### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 3 Chapter 16 and Title 27 V.I.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted.

| Licensee: | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. | |
|---|---|---|
| Trade Name: | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. | |
| Mailing Address | | Physical Address |
| 4171 ESSEN LANE<br>ATTN: AYANNA GINN<br>BATON ROUGE<br>LA 70809 | | 4171 ESSEN LANE<br>ATTN: AYANNA GINN<br>BATON ROUGE<br>LA 70809 |
| Business No: | 35554 | License No: 0-35554-1B |

**Types of License(s)**
General Construction Co.

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

**2018**

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

Valid from    01/12/2018 until 10/31/2018
Printed on    01/12/2018
Issued at     V.I.
Fee           130.00

Commissioner, Department of Licensing and Consumer Affairs

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00186



# THE GOVERNMENT OF THE VIRGIN ISLANDS
## DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS
## PROFESSIONAL LICENSE

### KNOW ALL BY THIS PRESENT

That, in accordance with the applicable provisions of Title 3 Chapter 16 and Title 27 V.I.C. relating to the licensing of businesses and occupations, and compliance having been made with the provisions of 10 V.I.C. Sec. 41 relating to the Civil Rights Act of the Virgin Islands, the following license is hereby granted.

| | |
|---|---|
| **Licensee:** | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. |
| **Trade Name:** | APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC. |

| Mailing Address | Physical Address |
|---|---|
| 4171 ESSEN LANE<br>ATTN: AYANNA GINN<br>BATON ROUGE<br>LA 70809 | 72 KRONPRINDSENS GADE<br>WATERFRONT CENTER SUITE A<br>ST. THOMAS<br>ST. THOMAS VI 00802 |

| | | | |
|---|---|---|---|
| **Business No:** | 35554 | **License No:** | 1-35554-3B |

**Types of License(s)**
Architectural Services

As provided by law, the authorized licensing authority shall have the power to revoke or suspend any License issued hereunder, upon finding, after notice and adequate hearing, that such revocation or suspension is in the public interest; provided, that any persons aggrieved by any such decision of this office shall be entitled to a review of the same by the Territorial Court upon appeal made within (30) days from the date of the decision; provided, further, that all decisions of this office hereunder shall be final except upon specific findings by the Court that the same was arrived at by fraud or illegal means.

**2018**

If a renewal is desired, the holder is responsible for making application for same without any notice from this office. It is the responsibility of the Licensee to notify the Department in writing within (30) days, when a license is to be cancelled or placed in inactive status. Failure to do so will result in the assessment of penalties as authorized by law.

| | |
|---|---|
| **Valid from** | 04/23/2018 until 08/31/2019 |
| **Printed on** | 04/23/2018 |
| **Issued at** | St. Thomas, V.I. |
| **Fee** | 130.00 |

Commissioner, Department of Licensing and Consumer Affairs

**THIS LICENSE MUST BE PROMINENTLY DISPLAYED AT PLACE OF BUSINESS**

APTIM00187