**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| KEVONGH J. GRANT | ) | |
| | ) | |
| Plaintiff, | ) | **Case. No. 1:19-CV-0025** |
| v. | ) | |
| | ) | |
| APTIM ENVIRONMENTAL AND INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ODEBRECHT CONSTRUCTION, INC., NATHAN McCANN, ANDRES McCANN, JOHN DOES, JANE DOES AND UNKNOWN CORPORATIONS | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 5

UNITED STATES VIRGIN ISLANDS UNIFORM CRASH REPORT

Agency Number: STX — Agency Case Number: 18A09162 — Page 01 of 06

Agency Name: UNITED STATES VIRGIN ISLANDS POLICE DEPARTMENT - ST. CROIX

G1. County: 01 | G2. Status Code: ○ C ● P ○ U

G3. Reported Date (MM/DD/YYYY): 11/01/2018 | G4. Reported Time (2400): 0136 | G5. Officer Time — Dispatch Time (2400): 0139; Arrival Time (2400): 0144 | G6. Vehicles: 02 | G7. Killed: 00 | G8. Injured: 01

G9. Address Number: | G10. Street Name: PEARL ROAD | G11. Hwy/County Road #: 62 | G12. Trafficflow Direction: ○ N ○ E ○ S ● W

G13. Int. ● Y ○ N | G14. Distance: . ○ F ○ M | G15. Direction: ○ N ○ E ○ S ○ W | G16. Intersecting Street Name: HOPE ROAD | G17. Int. Hwy/County Road #: 68

G18. City Name: CHRISTIANSTED | G19. Latitude: N 17 43.488 | G20. Longitude: W 064 44.092

**G21. First Harmful Event**

Crash with OMV in road: ○ Rear end slow or stop ○ Rear end turn ○ Left turn same roadway ○ Left turn cross traffic ○ Right turn cross traffic ○ Head on ○ Sideswipe ○ Angle ● Hit and run

Non-Crash in Road: ○ Overturn ○ Jackknife ○ Fell from vehicle ○ Other

Crash of MV in road with: ○ Pedestrian ○ Parked Vehicle ○ Bicyclist ○ Horse ○ Animal (other than horse)

Fixed Object: ○ Bridge/Culvert ○ Embankment/Ditch/Curb ○ Guardrail/Median Barrier ○ Tree ○ Utility pole/light support ○ Other fixed object ○ Sign Post ○ Signal standard

Non-fixed Object: ○ Building/Other Structure ○ Maint. Equip. - Not Moving ○ Maint. Equip. - Moving ○ Other non-fixed object

**G22. Crash Location:** ● Roadway ○ Off-Roadway ○ Median ○ Roadside ○ Shoulder ○ Parking Lot ○ Gore

**G23. Intersection Type:** ○ None ● Four-way Inter ○ T - Intersection ○ Crossover ○ Driveway ○ Five-point or more ○ Off Ramp ○ On Ramp ○ Path/Trail ○ Traffic Circle/Round ○ Y - Intersection

**G24. Roadway System:** ○ Town Street ● V.I. State Highway ○ Fed. Highway ○ Public Road ○ Parking Lot/Private Drive ○ Off Road ○ State Park

**G25. Light Condition:** ○ Daylight ● Dark-Lit ○ Dark-Unlit ○ Dawn ○ Dusk

**G26. Road Condition:** ● Dry ○ Wet ○ Water ○ Sand/Mud/Dirt/Oil/Gravel ○ Ice ○ Slush ○ Snow

**G27. Weather Condition (2):** ☒ Clear ☐ Blown Debris ☐ Rain ☐ Fog/Smog/Smoke ☐ Cloudy ☐ Sleet/Hail ☐ High winds ☐ Snow

**G28. Workzone Relationship:** ● Not Workzone Related ○ Within Construction Zone ○ Advance Warning Area

**G29. Workzone Type (2):** ☒ None ☐ Intermittent or Moving Work ☐ Lane Closure ☐ Lane Shift/Crossover ☐ Shoulder/Median Work ☐ Utility

**WITNESS(ES)**

| Field | Witness 1 | Field | Witness 2 |
|---|---|---|---|
| G30. First Name | DYLAN | G38. First Name | |
| M | | M | |
| Last Name | ISNER | Last Name | |
| G31. Address | PETERS REST APTS. | G39. Address | |
| G32. Phone Number | 3216936081 | G40. Phone Number | |
| G33. City | CHRISTIANSTED | G41. City | |
| G34. State | VI | G42. State | |
| G35. Zip Code | | G43. Zip Code | |
| G36. Sex | ● M ○ F | G44. Sex | ○ M ○ F |
| G37. Date of Birth | / / | G45. Date of Birth | / / |

NOV 19 2018

G46. Badge Number: 3277 | G47. Investigating Officer Name (Please Print): Rashid Iles | G48. Officer Signature: Rashid Iles

G49. Reviewing Badge Number: 3055 | G50. Reviewing Officer Initials: SA | G51. Photos Taken: ● Y ○ N | G52. Photographer and Badge #: DET. RASHID ILES 3277

HWYSVIUCR07

VIUCR Diagram/Narrative

— 18A09162 Page 02 of 06

**N1. Collision Diagram**



**N2. Collision Narrative**

SEE ATTACHED FORM

HWYSVIUCR07 (p.2)

**VIUCR Person/Occupant**

V0. Veh. #: 0 1 | P0. Person #: 0 1 | Agency Number: | Agency Case Number: 18A09162 | Page 03 of 06

P1. Person Type: ● Driver ○ Pedestrian ○ Bicyclist ○ Skater ○ Other non-motorist ○ Hit and Run Driver ○ LE

P2. License #: C-030000081212 | P3. State: VI | P4. CDL? ● N ○ Y | P5. DOB (MM/DD/YYYY): 08 / 30 / 1998

P6. First Name: KEVONGH | MI: J | Last Name: GRANT

P7. Address: 10 C MARS HILL | P8. Phone Number: 3402011210

P9. City: FREDERIKSTED | P10. State: VI | P11. Zip Code: 00840

P12. DL Status: ● Valid ○ Suspended - DUI ○ No License ○ Learner Permit ○ Expired ○ Improper DL ○ Suspended ○ Other

P22. Safety Equip. (2): ☒ Shoulder & Lap Belt ☐ None ☐ Lap Belt ☐ Automated Restraint ☐ Shoulder Belt ☐ Child Safety Seat ☐ Helmet

P23. Injury Type: ○ None ○ Complaint of Pain ○ Moderate ● Life Threatening ○ Killed

P24. Ejection: ○ Not ○ Partially ● Totally

P25. Extricated: ● N ○ Y

P26. Sex: ● M ○ F

P27. Race: ○ White ○ Hispanic ● Black ○ Other

P28. Position: ● Left ○ Center ○ Right

P29. Airbag: ○ Deployed - Front ● Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

P13. Cited: ○ Y ● N ○ P | P14. Ticket #: 1 | 2 | P15. Offense: 1 | 2

P16. Xport: ○ Not Transported ○ Police ○ Medic ● EMS ○ Private Vehicle | P17. EMS Agency Code: STX | P18. Medical Facility Code: JFLH

P19. Condition: ● No Defects Apparent ○ Obviously Intoxicated ○ Unknown ○ Physical Impairment ○ Hit and Run ○ Affected by Exhaust Fumes ○ Drinking - Not impaired ○ Using Drugs - Impaired ○ Drinking - Impaired ○ Using Drugs - Not Impaired ○ Fell Asleep/Fainted/Fatigue ○ Pending Lab Results

P20. Non-Motorist Action: ○ Unknown ○ Pushing vehicle ○ Entering/Crossing Roadway ○ Approaching/leaving vehicle ○ Walking/running/playing/cycling ○ Playing/working on vehicle ○ Working ○ Standing

P30. Type: ☒ None ☐ Serum ☐ Blood ☐ Urine ☐ Breath ☐ SFST's

P31. Status: ☒ None given ☐ Test given ☐ Test refused ☐ Test given, pending ☐ Arrested

P32. Result: .

P21. Contributing Circumstance (3): ☒ No Apparent Improper Driving ☐ Made Improper Turn ☐ Not Visible (Dark Clothing) ☐ Failed to Yield Right of Way ☐ Right of Center ☐ Operating Defective Equipment ☐ Failed to Maintain Safe Distance ☐ Failure to keep proper lane/Run off road ☐ Passed Stop Sign ☐ Speed Too Fast For Conditions ☐ Avoidance ☐ Pedestrian Actions ☐ Driving Under The Influence ☐ Drove on Wrong Side of Road ☐ Ran Red Light ☐ Animal on Roadway ☐ Fatigued/Asleep ☐ Roadway Defects ☐ Faulty Equipment ☐ Illegally Crossing Median ☐ Visibility Obstructed ☐ Exceeded Lawful Speed ☐ Improper Lane Change ☐ Improper Reversing ☐ Improper Passing/Overtaking ☐ Lying and/or illegally in roadway ☐ See Crash Description

Drug Test Information

P33. Type: ● None ○ Serum ○ Blood ○ Urine

P34. Status: ● None given ○ Test given, pending ○ Test refused ○ Test given

**Occupant**

00. Vehicle #: | 01. First Name: | MI: | Last Name:

02. Address Same as Driver #: | 03. Address: | 04. City: | 05. State: | Unborn Child ☐

06. Position: ○ Front-Driver ○ 3rd-middle ○ Front-Middle ○ 3rd-right ○ Front-right ○ Sleeper of Truck Cab ○ 2nd-left ○ Encl. Pass./Cargo Area ○ 2nd-middle ○ Unencl. Pass./Cargo Area ○ 2nd-right ○ Riding on Exterior ○ 3rd-left ○ Towed Vhcl./Trailer

07. Safety Equip. (2): ☐ Shoulder and Lap Belt ☐ None ☐ Lap Belt ☐ Automated Restraint ☐ Shoulder Belt ☐ Child Safety Seat ☐ Helmet

08. Sex: ○ M ○ F | 09. Race: ○ White ○ Hispanic ○ Black ○ Other | 010. Age: ○ M ○ Y | 011. Extricated: ○ N ○ Y | 012. Ejection: ○ Not ○ Partially ○ Totally

013. Injury Type: ○ None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed

014. Airbag: ○ Deployed - Front ○ Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

015. Xport: ○ Not Transported ○ Police ○ Medic ○ EMS ○ Private Vehicle | 016. EMS Agency Code: | 017. Medical Facility Code:

**Occupant**

00. Vehicle #: | 01. First Name: | MI: | Last Name:

02. Address Same as Driver #: | 03. Address: | 04. City: | 05. State: | Unborn Child ☐

06. Position: ○ Front-Driver ○ 3rd-middle ○ Front-Middle ○ 3rd-right ○ Front-right ○ Sleeper of Truck Cab ○ 2nd-left ○ Encl. Pass./Cargo Area ○ 2nd-middle ○ Unencl. Pass./Cargo Area ○ 2nd-right ○ Riding on Exterior ○ 3rd-left ○ Towed Vhcl./Trailer

07. Safety Equip. (2): ☐ Shoulder and Lap Belt ☐ None ☐ Lap Belt ☐ Automated Restraint ☐ Shoulder Belt ☐ Child Safety Seat ☐ Helmet

08. Sex: ○ M ○ F | 09. Race: ○ White ○ Hispanic ○ Black ○ Other | 010. Age: ○ M ○ Y | 011. Extricated: ○ N ○ Y | 012. Ejection: ○ Not ○ Partially ○ Totally

013. Injury Type: ○ None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed

014. Airbag: ○ Deployed - Front ○ Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

015. Xport: ○ Not Transported ○ Police ○ Medic ○ EMS ○ Private Vehicle | 016. EMS Agency Code: | 017. Medical Facility Code:

VIUCR Vehicle

V0. Vehicle #: 01 | V1. Total Occupants: 01 | Agency Number: | Agency Case Number: 18A09162 | Page 04 of 06

V2. State: VI | V3. Year: 2019 | V4. License Plate Number: CFC-668

V5. Make: CHEVY | V6. Model Year: 2006

V7. Vehicle Model: SILVERADO | V8. Vehicle Color: TAN

V9. Damage: ● Heavy ○ Light ○ None | V10. Speed Zone: 20 | V11. Est. Speed:

V36. VIN: 3GCEC14X06G148339

## Owner Information

Same as Driver ☐

V12. Owner Name: ANTHONY GRANT

V13. Address: 10C MARS HILL

V14. City: FREDERIKSTED | V15. State: VI | V16. Zip Code: 00840

V19. No Proof of Insurance ☐ | V17. Insurance Company Name: CARLTON WILLIAMS ASS | V18. Policy Number: 1123178000461

V20. Sequence of Events (2, 4)

Collision w/ Person, Vehicle/Non-fixed Object: Animal, Bicyclist, Maintenance Equip., Moving Vehicle, Parked Vehicle, Pedestrian, Slowing Vehicle, Stopped Vehicle in Road

Non-Collision: Cargo Loss/Shift, Crossover, Equipment Failure, Fell/Jump from Vehicle, Fire/Explosion, Immersion, Jackknife, Median/Centerline, Thrown/Falling Object, Off roadway/Left, Off roadway/Right, Overturn/Rollover, Unit Separation, Over Correcting/Steering

Collision w/ Fixed Object: Attenuator/Cushion, Bridge Structure, Culvert, Curb, Ditch, Embankment, Fence, Guardrail, Mailbox, Median Barrier, Post/Pole/Support, Tree, Other Fixed Object

V21. Vehicle Action: ● Going Straight, ○ Avoidance, ○ Making Left Turn, ○ Lane Change, ○ Stopped, ○ Leaving Parking, ○ Slow/Stop in Road, ○ Overtaking/Passing, ○ Parked, ○ Parking Position, ○ Reversing, ○ Making U Turn, ○ Making Right Turn, ○ In Tow

V22. Vehicle Configuration: ○ Passenger Car, ● Light Truck, ○ Stationwagon/Van, ○ SUV, ○ Motorcycle, ○ Other, ○ RV, ○ School Bus, ○ Single-Unit Truck(2), ○ Single-Unit Truck(3+), ○ Farm Tractor, ○ Tractor/SemiTrailer, ○ Tractor(2), ○ Tractor(3), ○ Truck/Trailer, ○ Emergency Veh., ○ Commercial Bus, ○ ATV, ○ Farm Equip., ○ Unknown Truck

V23. Initial Contact: ○ Under, ● Overturn, ○ None, ○ Other

V24. Direction of Travel: N, NE, E, SE, S, SW, W, NW

V25. Bikeway Type: ● None, ○ Right only, ○ Left Only, ○ Both Sides, ○ Separate, ○ Signed

V26. Traffic Control Device: ○ Channel-Painted, ○ Channel-Physical, ○ Flag Person, ○ Flashing Signal Red, ○ Flashing Signal Yellow, ○ No Passing, ● None, ○ Officer, ○ Stop Bar, ○ Crossing Guard, ○ Signal, ○ Stop Sign, ○ Const. Flashing Sign, ○ Yield Sign

V27. Device Functioning? ○ Y ○ N

V28. Road Character: ○ Straight/Level, ● Intersect two roads, ○ Straight/Grade, ○ Curve/Level, ○ Straight/Hillcrest, ○ Curve/Grade, ○ Bridge, ○ Private Drive, ○ Curve/Hillcrest, ○ Crossover, ○ Begin/End Divided Road, ○ One-Way

V29. Road Design: ● 2 Lane, ○ 3 Lane, ○ 4+, ○ Off Ramp, ○ Parking Lot, ○ One Way, ○ 1 Lane, ○ Unpaved

V30. Divided? ○ Yes ○ No

V31. Center Turn Lane? ○ Yes ○ No

V32. Road Surface Type: ● Asphalt, ○ Concrete, ○ Dirt, ○ Gravel, ○ Other - See Narrative

V33. Towed? ○ Yes ○ No | V34. Authority: ○ Owner ○ Police ○ Other | V35. Towed By:

## Commercial Vehicle

C1. Carrier ID Number:

C2. Authority: ○ US DOT ○ State ○ Mexico ○ MC ○ Canada

C3. Carrier Name:

C4. Carrier Address:

C5. City: | C6. State: | C7. Zip Code:

C8. GVWR #:

C9. Cargo Body Type: ○ Auto transporter, ○ Bus<15, ○ Bus 15+, ○ Cargo tank, ○ Concrete Mixer, ○ Dump, ○ None, ○ Flatbed, ○ Garbage/refuse, ○ Grain/chips/gravel, ○ Other, ○ Pole/log, ○ Van/enclosed box, ○ N/A

NOV 1 9

C10. Commodity Hauled:

C11. Placard ID:

C12. HAZMAT Released ○ Yes ○ No

HWYSVIUCR07B

VIUCR Person/Occupant

V0. Veh. # 0 2 | P0. Person #: 0 2 | Agency Number | Agency Case Number 1 8 A 0 9 1 6 2 | Page 0 5 of 0 6

P1. Person Type: Driver / Pedestrian / Bicyclist / Skater / Other non-motorist / (●) Hit and Run Driver / LE

P2. License # | P3. State V I | P4. CDL? N / Y | P5. DOB (MM/DD/YYYY)

P6. First Name | M | Last Name

P7. Address | P8. Phone Number

P9. City | P10. State V I | P11. Zip Code

P12. DL Status: Valid / Suspended - DUI / No License / Learner Permit / Expired / Improper DL / Suspended / Other

P13. Cited: Y / N / P | P14. Ticket #: 1, 2 | P15. Offense: 1, 2

P16. Xport: Not Transported / Police / Medic / EMS / Private Vehicle | P17. EMS Agency Code | P18. Medical Facility Code

P19. Condition: No Defects Apparent / Obviously Intoxicated / Unknown / Physical Impairment / Hit and Run / Affected by Exhaust Fumes / Drinking - Not Impaired / Using Drugs - Impaired / Drinking - Impaired / Using Drugs - Not Impaired / Fell Asleep/Fainted/Fatigue / Pending Lab Results

P20. Non-Motorist Action: Unknown / Pushing vehicle / Entering/Crossing Roadway / Approaching/leaving vehicle / Walking/running/playing/cycling / Playing/working on vehicle / Working / Standing

P21. Contributing Circumstance (3):
- No Apparent Improper Driving
- [X] Failed to Yield Right of Way
- Failed to Maintain Safe Distance
- Speed Too Fast For Conditions
- Driving Under The Influence
- Animal on Roadway
- Faulty Equipment
- Exceeded Lawful Speed
- [X] Improper Passing/Overtaking
- Made Improper Turn
- Right of Center
- Failure to keep proper lane/Run off road
- Avoidance
- Drove on Wrong Side of Road
- Fatigued/Asleep
- Illegally Crossing Median
- Improper Lane Change
- Lying and/or illegally in roadway
- Not Visible (Dark Clothing)
- Operating Defective Equipment
- Passed Stop Sign
- Pedestrian Actions
- Ran Red Light
- Roadway Defects
- Visibility Obstructed
- Improper Reversing
- See Crash Description

P22. Safety Equip. (2): Shoulder & Lap Belt / None / Lap Belt / Automated Restraint / Shoulder Belt / Child Safety Seat / Helmet

P23. Injury Type: None / Complaint of Pain / Moderate / Life Threatening / Killed

P24. Ejection: Not / Partially / Totally

P25. Extricated: N / Y

P26. Sex: M / F

P27. Race: White / Hispanic / Black / Other

P28. Position: Left / Center / Right

P29. Airbag: Deployed - Front / Not Deployed / Deployed - Side / No Airbag / Deployed - Both

P30. Type: None / Serum / Blood / Urine / Breath / SFST's

P31. Status: None given / Test given / Test refused / Test given, pending / Arrested

P32. Result: .

Drug Test Information

P33. Type: None / Serum / Blood / Urine

P34. Status: None given / Test given, pending / Test refused / Test given

## Occupant

O0. Vehicle #: | O1. First Name | M | Last Name
O2. Address Same as Driver # | O3. Address
O4. City | O5. State | Unborn Child

O6. Position: Front-Driver / 3rd-middle / Front-Middle / 3rd-right / Front-right / Sleeper of Truck Cab / 2nd-left / Encl. Pass./Cargo Area / 2nd-middle / Unencl. Pass./Cargo Area / 2nd-right / Riding on Exterior / 3rd-left / Towed Vhcl./Trailer

O7. Safety Equip. (2): Shoulder and Lap Belt / None / Lap Belt / Automated Restraint / Shoulder Belt / Child Safety Seat / Helmet

O8. Sex: M / F | O9. Race: White / Hispanic / Black / Other | O10. Age: M / Y | O11. Extricated: N / Y | O12. Ejection: Not / Partially / Totally

O13. Injury Type: None / Life Threatening / Complaint of Pain / Moderate / Killed

O14. Airbag: Deployed - Front / Not Deployed / Deployed - Side / No Airbag / Deployed - Both

O15. Xport: Not Transported / Police / Medic / EMS / Private Vehicle | O16. EMS Agency Code | O17. Medical Facility Code

## Occupant

O0. Vehicle #: | O1. First Name | M | Last Name
O2. Address Same as Driver # | O3. Address
O4. City | O5. State | Unborn Child

O6. Position: Front-Driver / 3rd-middle / Front-Middle / 3rd-right / Front-right / Sleeper of Truck Cab / 2nd-left / Encl. Pass./Cargo Area / 2nd-middle / Unencl. Pass./Cargo Area / 2nd-right / Riding on Exterior / 3rd-left / Towed Vhcl./Trailer

O7. Safety Equip. (2): Shoulder and Lap Belt / None / Lap Belt / Automated Restraint / Shoulder Belt / Child Safety Seat / Helmet

O8. Sex: M / F | O9. Race: White / Hispanic / Black / Other | O10. Age: M / Y | O11. Extricated: N / Y | O12. Ejection: Not / Partially / Totally

O13. Injury Type: None / Life Threatening / Complaint of Pain / Moderate / Killed

O14. Airbag: Deployed - Front / Not Deployed / Deployed - Side / No Airbag / Deployed - Both

O15. Xport: Not Transported / Police / Medic / EMS / Private Vehicle | O16. EMS Agency Code | O17. Medical Facility Code

VIUCR Vehicle

V0. Vehicle #: 02 | V1. Total Occupants: 01 | Agency Number: | Agency Case Number: 18A09162 | Page 06 of 06

V2. State: FL | V3. Year: 2018 | V4. License Plate Number: BQS-X33

V5. Make: JEEP | V6. Model Year:

V7. Vehicle Model: LIBERTY | V8. Vehicle Color: WHIT

V9. Damage: (●) Heavy ( ) Light ( ) None | V10. Speed Zone: | V11. Est. Speed:

V36. VIN: 2FMDR3GC4DBA79279

## Owner Information

Same as Driver ☐

V12. Owner Name: ODERECHT CONTRUCTION INC.

V13. Address: 3201 GRIFFIN RD 3RDS FLOOR

V14. City: DANIA BEACH | V15. State: FL | V16. Zip Code: 33312

V19. No Proof of Insurance ☒ | V17. Insurance Company Name: | V18. Policy Number:

## V20. Sequence of Events

Collision w/ Person, Vehicle/Non-fixed Object (2, 4): Animal, Bicyclist, Maintenance Equip., Moving Vehicle, Parked Vehicle, Pedestrian, Slowing Vehicle, Stopped Vehicle in Road

Non-Collision (2, 4): Cargo Loss/Shift, Crossover, Equipment Failure, Fell/Jump from Vehicle, Fire/Explosion, Immersion, Jackknife, Median/Centerline, Thrown/Falling Object, Off roadway/Left, Off roadway/Right, Overturn/Rollover, Unit Separation, Over Correcting/Steering

Collision w/ Fixed Object (2, 4): Attenuator/Cushion, Bridge Structure, Culvert, Curb, Ditch, Embankment, Fence, Guardrail, Mailbox, Median Barrier, Post/Pole/Support, Tree, Other Fixed Object

## V21. Vehicle Action

(●) Going Straight ( ) Avoidance ( ) Making Left Turn ( ) Lane Change ( ) Stopped ( ) Leaving Parking ( ) Slow/Stop in Road ( ) Overtaking/Passing ( ) Parked ( ) Parking Position ( ) Reversing ( ) Making U Turn ( ) Making Right Turn ( ) In Tow

## V22. Vehicle Configuration

( ) Passenger Car ( ) School Bus ( ) Truck/Trailer ( ) Light Truck ( ) Single-Unit Truck(2) ( ) Emergency Veh. ( ) Stationwagon/Van ( ) Single-Unit Truck(3+) ( ) Commercial Bus (●) SUV ( ) Farm Tractor ( ) ATV ( ) Motorcycle ( ) Tractor/SemiTrailer ( ) Farm Equip. ( ) Other ( ) Tractor(2) ( ) Unknown Truck ( ) RV ( ) Tractor(3)

## V23. Initial Contact

(● front) ( ) Under ( ) Overturn ( ) None ( ) Other

## V24. Direction of Travel

N, NE, E, SE, S (●), SW, W, NW

## V25. Bikeway Type

(●) None ( ) Right only ( ) Left Only ( ) Both Sides ( ) Separate ( ) Signed

## V26. Traffic Control Device

( ) Channel-Painted ( ) Officer ( ) Channel-Physical ( ) Stop Bar ( ) Flag Person ( ) Crossing Guard ( ) Flashing Signal Red ( ) Signal ( ) Flashing Signal Yellow (●) Stop Sign ( ) No Passing ( ) Const. Flashing Sign ( ) None ( ) Yield Sign

V27. Device Functioning? (●) Y ( ) N

## V28. Road Character

( ) Straight/Level ( ) Bridge (●) Intersect two roads ( ) Private Drive ( ) Straight/Grade ( ) Curve/Hillcrest ( ) Curve/Level ( ) Crossover ( ) Straight/Hillcrest ( ) Begin/End Divided Road ( ) Curve/Grade ( ) One-Way

## V29. Road Design

( ) 2 Lane ( ) 3 Lane ( ) 4+ ( ) Off Ramp ( ) Parking Lot ( ) One Way ( ) 1 Lane ( ) Unpaved

V30. Divided? ( ) Yes ( ) No

V31. Center Turn Lane? ( ) Yes ( ) No

## V32. Road Surface Type

( ) Asphalt ( ) Concrete ( ) Dirt ( ) Gravel ( ) Other - See Narrative

V33. Towed? ( ) Yes ( ) No | V34. Authority: ( ) Owner ( ) Police ( ) Other | V35. Towed By:

## Commercial Vehicle

C1. Carrier ID Number:

C2. Authority ( ) US DOT ( ) State ( ) Mexico ( ) MC ( ) Canada

C3. Carrier Name:

C4. Carrier Address:

C5. City: | C6. State: | C7. Zip Code:

C8. GVWR #:

## C9. Cargo Body Type

( ) Auto transporter ( ) Flatbed ( ) Bus<15 ( ) Garbage/refuse ( ) Bus 15+ ( ) Grain/chips/gravel ( ) Cargo tank ( ) Other ( ) Concrete Mixer ( ) Pole/log ( ) Dump ( ) Van/enclosed box ( ) None ( ) N/A

NON

C10. Commodity Hauled:

C11. Placard ID:

C12. HAZMAT Released ( ) Yes ( ) No

On November 1, 2018, at approximately 01:39 a.m., my partner Det. S. Lake, and I were dispatched by the 911 call center in reference to a reported auto accident in the vicinity of the Cool Out Bar, Christiansted.

Upon my arrival I made contact with D1(Kevongh Grant), who was in the process of receiving medical attention and was unable to provide a statement. D1 was transported to the Juan F. Luis Hospital for further treatment.

Within V2 (BQS-X33) I observed the APTIM identification cards of Mr. Nathan McCann and Mr. Andrew McCann. Neither individual was located at the scene. No insurance or registration information could be found within V2.

Dylan Isner was present near the intersection at the time of the collision. Mr. Isner was advised of his Miranda Rights and interviewed. Mr. Isner stated that he was a passenger in a vehicle traveling south on Hope Road when he observed V2 overtake him and travel into the intersection at a high rate of speed, colliding with V1 (CFC-668), thereby causing an accident.

At the Juan F. Luis Hospital I made contact with Dr. T. Merchant who stated that D1 had suffered a broken right arm as well as lacerations to his legs and arms. I made contact with D1, who stated that he was unable to remember the events of the accident.

On November 16, 2018, at the Wilbur Francis Command, I made contact with Darion Grainger, a Supervisor at APTIM, a company listed on the work identification cards found within V2. I provided Mr. Grainger with photographs of the identification cards to which he stated that he recognized the individuals as contractors. Mr. Grainger agreed to turn over information regarding Mr. N. McCann and Mr. A. McCann.

**MY INVESTIGATION OF THIS COLLISION REVEALED THE FOLLOWING FACTS:**

V1 received damages about the body of the vehicle to include the hood, front glass, cabin roof, driver and passenger side doors, tailgate and trunk.

V2 received damages to the front bumper, engine, driver and passenger side front wheel well and driver side front door. A check of V2's license plate revealed that V2's tag number is registered with Odedrecht Construction Inc. No insurance information was present.

Based on evidence observed on the scene, both vehicles collided at the intersection of Pearl Road and Hope Road.

Impact marks were observed in the south western section of the intersection in the vicinity of the crosswalk. In the vicinity of the intersection I observed a stop sign on the shoulder of the southbound lane indicating that V1 had the right of way.

Based on records provided by Mr. Grainger, Mr. N. McCann and Mr. A. McCann were identified as being employed with Campbell Development. Further investigation determined that both Mr. N. McCann and Mr. A. McCann departed from the island of St. Croix on November 2, 2018 and travelled to Houston, Texas.

Based on the limited information I cannot determine which of the two individuals was operating V2 at the time of the incident.

Based on my findings I request this case remain open pending issuing of citations to for Failure to Yield Right of Way Thereby Causing an Accident, Leaving the Scene of an Accident After Causing Personal Injury, Operating without Proof of Insurance and Operating Without Proof of Registration to D2 or other responsible parties.

Rashid Iles /s/

Detective Rashid Iles
PDN# 3277

NOV 19 2018