**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| KEVONGH J. GRANT | ) | |
| | ) | |
| Plaintiff, | ) | **Case. No. 1:19-CV-0025** |
| v. | ) | |
| | ) | |
| APTIM ENVIRONMENTAL AND | ) | |
| INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, | ) | |
| ODEBRECHT CONSTRUCTION, INC., NATHAN | ) | |
| McCANN, ANDRES McCANN, JOHN DOES, JANE | ) | |
| DOES AND UNKNOWN CORPORATIONS | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 8

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN

NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

**Emergency Home Repairs VI**



APTIM
ANDREW MCCANN



NA 10062

http://www.ehrvi.com     Telephone 844-813-9191

APTIM00195