**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

KEVONGH J. GRANT                                            )
            Plaintiff,                                    )        **Case. N0. 1:19-CV-0025**
v.                                                                      )
                                    )
APTIM ENVIRONMENTAL AND                      )
INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC,   )
ODEBRECHT CONSTRUCTION, INC., NATHAN  )
McCANN, ANDRES McCANN, JOHN DOES, JANE  )
DOES AND UNKNOWN CORPORATIONS           )
            Defendants.                                  )

# EXHIBIT 14

```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                        DIVISION OF ST. CROIX

KEVONGH J. GRANT,                      )
                                       )
                         Plaintiff,    )CASE NO. 1:19-cv-00025
                                       )
       vs.                             )
                                       )
APTIM ENVIRONMENTAL AND                )
INFRASTRUCTURE, INC., WITT O'BRIEN'S,  )
LLC, ODEBRECHT CONSTRUCTION, INC.,     )
NATHAN McCANN, ANDREW McCANN,          )
JOHN DOES, JANE DOES, and UNKNOWN      )
CORPORATIONS,                          )
                                       )
                         Defendants.   )
_____)
```

THE ORAL DEPOSITION OF **DONALD ROBERT JANZ**,

called for examination by the Plaintiff in the

above-entitled cause, for purpose of discovery, for use

in evidence and for such other and further uses as are

provided by the Federal Rules of Civil Procedure, was taken

before YVONNE SAMUEL-SETORIE, Registered Professional

Reporter, via Zoom video conference on the 13th day of

January 2023, commencing at 2:19 p.m., pursuant to Notice.

ELITE REPORTING SERVICES, INC.
P.O. Box 5619
Christiansted, VI 00823
(340) 718-1318
elitereportingsvcs@gmail.com

```
 1     A-P-P-E-A-R-A-N-C-E-S:

 2     ON BEHALF OF THE PLAINTIFF:
       LAW OFFICES OF DIANE M. RUSSELL, P.C.
 3     9273 Estate Clifton Hill
       St. Croix, VI 00850
 4
       BY:  DIANE M. RUSSELL, ESQ.
 5

 6

 7     ON BEHALF OF THE DEFENDANTS:
       DUDLEY NEWMAN FEUERZEIG LLP
 8     Law House, 1000 Frederiksberg Gade
       St. Thomas, VI 00804
 9
       BY:  ALEX MOSKOWITZ, ESQ.
10

11

12

13     Also Present:
       Aidan Delgado, Esq.
14

15

16

17

18

19

20

21

22

23

24

25
```

1                                <u>I-N-D-E-X</u>

2

3                                                             <u>Page</u>

4    Direct Examination by Ms. Russell                      4

5    Cross-Examination by Mr. Moskowitz               25

6    Redirect Examination by Ms. Russell             26

7    Recross-Examination by Mr. Moskowitz           26

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2

 3              (DONALD ROBERT JANZ,

 4         having been called as a witness, was duly sworn by the

 5         Notary Public, was examined and testified as follows:)

 6

 7                      DIRECT EXAMINATION

 8    BY MS. RUSSELL:

 9         Q.   Good afternoon, Mr. Janz.  My name is

10    Diane Russell, and I'm an attorney in the Virgin Islands,

11    specifically on the island of St. Croix.  I represent an

12    individual who was injured in a car accident in

13    November of 2018.  In the course of this case, your name

14    came up as someone who may have information regarding the

15    subject matter of the lawsuit, and that's why I asked you

16    to be here today.

17         I understand that today is a special day for you; is

18    that right?

19         A.   That is.

20         Q.   Okay.  I understand this might be your last day

21    of work with APTIM?

22         A.   Yes, it is.

23         Q.   Well, congratulations on your retirement.

24         A.   Thank you.

25         Q.   You're welcome.
```

Donald Janz - Direct                                    5

1          Now, going forward, have you ever done a deposition

2     before?

3          A.   Yes, I have.

4          Q.   So I don't need to go through the rules.  The

5     most important one, of course, is to tell the truth,

6     because you're sworn under oath under penalty of perjury.

7          A.   Correct.

8               MS. RUSSELL:    I want to make sure that the

9          deposition is being videoconferenced or videotaped.

10         And so I will remind Ms. Setorie to go ahead and do

11         that if she hasn't done that already.

12    BY MS. RUSSELL:

13         Q.   Mr. Janz, I'm going to conduct this deposition by

14    asking you a few questions about your background, and then

15    I'll get into the nitty-gritty.

16         Can you state your full name, please?

17         A.   My God given name is Donald Robert Janz.

18         Q.   And can you spell that for the court reporter?

19         A.   D-o-n-a-l-d R-o-b-e-r-t J-a-n-z.

20         Q.   Great.  And what state do you currently reside

21    in?

22         A.   Colorado.

23         Q.   And is that where this Zoom deposition is being

24    performed?  Is this where you are currently?

25         A.   That is correct.

1          Q.    Okay.  Can you give us your address and phone

2     number in Colorado?

3          A.    38244 Road J.5, Mancos, Colorado.  And Mancos is

4     spelled M-a-n-c-o-s, and the zip is 81328.  And my phone

5     number is 970-749-6184.

6          Q.    Thank you so much.

7          Now, how long have you worked for APTIM?

8          A.    27 years.

9          Q.    And I would imagine in various capacities; is

10    that right?

11         A.    That is correct.

12         Q.    Can you give me a rundown on your relationship

13    with APTIM for the last 20-odd years in terms of the types

14    of jobs you've held at APTIM?

15         A.    Anywhere from disaster recovery to civil, heavy

16    vertical, basically all construction related projects.

17         Q.    All right.  Now, relative to your work in

18    disaster recovery, have you ever worked in the

19    U.S. Virgin Islands?

20         A.    No.

21         Q.    Have you had any relationship APTIM -- any

22    relationship with the Virgin Islands through APTIM?

23         A.    Did I -- repeat the question.

24         Q.    Sure.  Any -- you may not have physically worked

25    in the Virgin Islands, but have you had any relations with

Donald Janz - Direct                                7

1    the Virgin Islands, so to speak, through your job with

2    APTIM?

3         A.    No.

4         Q.    In November of 2018 where were you working?

5         A.    I would have to probably say St. Croix.

6         Q.    Okay.  So what were you doing in St. Croix in

7    November of 2018?

8         A.    Uhm, I would like to say I was the construction

9    manager for the EHRVI Program, and my job functions was

10   mainly dealing with our client, Witt O'Brien, who was under

11   the Housing Authority performing disaster recovery down

12   there.

13        Q.    When you say construction manager for the

14   EHRVI Program, is that the emergency housing program?

15        A.    That is correct.

16        Q.    And that was in connection with Hurricane Maria

17   and Irma?

18        A.    Yeah, I believe so.  Those were the two names.

19        Q.    And what did you do as construction manager

20   for --

21        A.    My main function was -- was I had a team of

22   organizational structure underneath me of the inspectors,

23   and I had team leads that worked with the various

24   subcontractors that were on the site.  My main function was

25   dealing directly with the client, which wasn't the

Donald Janz - Direct                                    8

1    Housing Authority, even though they were the main client,

2    but they had a subcontractor called Witt O'Brien working

3    underneath them.  And so the majority of my days were spent

4    in meetings or dealing directly with that.  And I had a

5    team of individuals out in the field actually dealing with

6    the day-to-day operations.

7         Q.   Were you familiar with any of the contractual

8    obligations that APTIM was under for --

9         A.   Vaguely.

10        Q.   Okay.  Tell me what you know about the

11   coordination of transportation for the subcontractors.

12        A.   That was up to the subcontractors to provide.

13        Q.   And is that by contract?

14        A.   I just know APTIM did not provide any vehicles to

15   any subcontractors.

16        Q.   Did APTIM provide any vehicles at all in

17   connection with the EHRVI Program?

18        A.   They provided vehicles for our internal APTIM

19   employees.

20        Q.   And about how many of those employees were --

21   were down here, the APTIM employees, if you know?

22        A.   I don't know, but I mean, it was, you know,

23   several -- there was at least a hundred, if not more.

24        Q.   And did APTIM then -- 'cause this is after a

25   hurricane.  Did APTIM then -- did they rent vehicles?  Did

Donald Janz - Direct                                    9

1    they ship vehicles down?  How did the APTIM employees

2    actually access the vehicles?

3         A.   We actually did both.  We rented what we could on

4    island, and we shipped down, I want to say, at least 80,

5    80-some-odd pickup trucks.

6         Q.   Any other equipment in terms of transportation

7    other than the pickup trucks and what you could get

8    locally, any other type of vehicles that APTIM --

9         A.   No.

10        Q.   -- provided?

11        Did APTIM have a contract with the subcontractors that

12   -- that stated that the subcontractors provided vehicles

13   for their employees?  If you know.

14        A.   I do not know.

15             MR. MOSKOWITZ:    Court reporter, could you read

16        back that last question?  It broke up and I couldn't

17        understand it.

18             (A portion of the record was read.)

19             MR. MOSKOWITZ:    Thank you.

20   BY MS. RUSSELL:

21        Q.   And I believe, Mr. Janz, your answer was you

22   didn't know if that was in place?

23        A.   Correct.  Yeah, we did not provide vehicles to

24   subcontractors.

25        Q.   I understand.

Donald Janz - Direct                                    10

1          But you don't know whether or not APTIM had a contract

2     with the subcontractors that stated that they would provide

3     their own vehicles?  Is that what you're telling me?

4          A.   That is correct.  I did not work in procurement

5     or subcontracts.

6          Q.   Now, I understand that APTIM provided safety

7     programs for its employees and subcontractors for work on

8     the EHRVI Program; is that right?

9          A.   That is correct.  APTIM provided OSHA

10    construction training.  To sum it up, it was basically

11    proper use of fall protection, ladders, working from

12    elevated platforms.  That kind of safety orientation was

13    provided by APTIM to the subcontractors.

14         Q.   Any type of training in terms of motor vehicle

15    safety?

16         A.   Not that I'm aware of.  It was only --

17              (Interruption by the court reporter.)

18         A.   Yes, it was only dealing with OSHA construction

19    type safety training.

20         Q.   So that wouldn't include driver safety training?

21         A.   Come back with that question, please.

22         Q.   Sure.  Would that include driver safety training?

23         A.   Not -- 'cause we weren't allowed to drive on the

24    roofs.

25         Q.   Understood.  I understand.

Donald Janz - Direct                                          11

1          APTIM still maintained a warehouse, is that right,

2     with materials in connection with the EHRVI Program?

3          A.   That is correct.

4          Q.   And what was the policy with respect to

5     retrieving items from that warehouse?

6               MR. MOSKOWITZ:    Objection to form.

7               You can answer, if you know.

8     BY MS. RUSSELL:

9          A.   What was that again?

10         Q.   Sure.  Let's try it this way.  How did

11    individuals who worked on the EHRVI Program access the

12    warehouse that APTIM maintained?

13         A.   They would order materials, and then come pick

14    the materials up.

15         Q.   And in order to enter the facility, was there any

16    type of badging system that allowed individuals to enter

17    that warehouse?

18         A.   You're breaking up.

19              THE WITNESS:    Can anybody hear her better?

20    I'm getting some skip.

21    BY MS. RUSSELL:

22         Q.   I asked whether or not -- you know, for you to

23    explain the badging with respect to entering the APTIM

24    warehouse.

25         A.   Yes.  Individuals that worked on the

Donald Janz - Direct                                          12

1    EHRVI Program did have badges.

2         Q.   And were those badges issued by APTIM?

3         A.   Yes, they were.

4         Q.   And how did one obtain a badge?

5         A.   Usually when they went through the safety

6    training, they were -- pictures were taken and badges were

7    issued then.

8         Q.   Are you familiar with the individuals Andrew and

9    Nathan McCann, who were two brothers who -- who went

10   through the APTIM safety program?

11        A.   I am not.  There was a lot of people went through

12   the safety program, and lot of people were in and out on

13   the island down there.

14        Q.   How did you ensure that the individuals who

15   accessed the materials from the warehouse were employed by

16   whom they claimed they were employed by?

17        A.   Well, I personally did not ensure that.  We did

18   have warehouse personnel that did work at the warehouses

19   that did check the badges and make sure that there was work

20   orders for the projects that they were obtaining the

21   materials for.

22        Because the material list was basically e-mailed into

23   the warehouse, they would compile the materials, and then

24   let the individuals know when they were allowed to come

25   pick 'em up.

Donald Janz - Direct                                    13

1        Q.   Understood.

2        Was there a specific period of time that the warehouse

3   was open for materials to retrieved?

4        A.   Basically, down there we worked sunup to sundown,

5   seven, twelves; so, you know, depending on the time change

6   in the sun, it could be 6:00 to 6:00 or 7:00 to 7:00.  But

7   that was the normal standard, you know, operating hours.

8        Q.   When you say 6:00 to 6:00 or 7:00 to 7:00, you're

9   talking 6:00 a.m. to 6:00 p.m.?

10        A.   That is correct.

11        Q.   Was there ever a --

12        A.   Day shift only.

13        Q.   Okay.  Was it expected that the roofing -- that

14   all the roofs will be completed during the period of time

15   that APTIM contracted with the Housing Finance Authority?

16             MR. MOSKOWITZ:     Objection to form.

17             You can answer.

18             THE WITNESS:    I don't understand where she's

19             going with that question, so...

20   BY MS. RUSSELL:

21        Q.   Sure.  I'll rephrase it.

22        APTIM and the government entered a contract from

23   between September 2018 that ended November 30, 2018.  Was

24   it anticipated that all the roofs would be completed during

25   this period of time?

1        A.   I don't have an answer for that question.

2        Q.   Okay.  Now, when would an APTIM badge be revoked

3   or collected?

4        A.   Upon termination of an employee.

5        Q.   And how would APTIM be notified that an employee

6   was terminated?

7        A.   By the subcontractor.

8        Q.   So if an individual still retained an APTIM badge

9   with a subcontractor's name on it, would one assume that

10   that person had authority, based on the badge, to perform

11   work under the EHRVI Program?

12            MR. MOSKOWITZ:    Objection to form.

13   BY MS. RUSSELL:

14        Q.   You can answer, Mr. Janz, if you understand.

15        A.   What?

16        Q.   You can answer the question.

17        A.   If they were still employed by the subcontractor,

18   then they should still have a badge.

19        Q.   And if they're not employed by the subcontractor,

20   then they should not have a badge?

21        A.   Correct.

22        Q.   Did APTIM do any background checks at all on the

23   employees of these subcontractors, or did APTIM leave it up

24   to the subcontractor?

25        A.   No, we did not provide background checks on

Donald Janz - Direct                                    15

1   subcontractors.

2       Q.   Can you tell me the difference between a Tier I,

3   II, and III subcontractor?

4       A.   That's just basically, uhm, from, you know, being

5   a prime contractor, then your next level down would be your

6   Tier I, and your Tier II would be the subcontractor under

7   that subcontractor and vice versa.

8       Q.   What was APTIM's relationship with the Tier I

9   subcontractors?

10      A.   Repeat the question.  You broke up.

11      Q.   Sure.  What was APTIM's relationship with the

12  Tier I subcontractors?

13          MR. MOSKOWITZ:    Objection to form as to what

14      Tier I subcontractor we're talking about.

15          MS. RUSSELL:    Sure.

16  BY MS. RUSSELL:

17      Q.   What was APTIM's relationship with

18  Navigation Construction, which I understand was a Tier I

19  contractor?

20      A.   Navigation was working for APTIM.

21      Q.   Navigation was working for APTIM?

22      A.   Correct.

23      Q.   And what type of services were they performing

24  for APTIM?

25      A.   The construction work on the EHRVI Program,

Donald Janz - Direct                                    16

1       'cause that's all --

2                    (Interruption by the court reporter.)

3            A.   Yeah, because that's what our work was down

4       there, was the construction on the EHRVI Program.

5            Q.   Did Navigation have a specific responsibility

6       with respect to the EHRVI, for example, just building

7       roofs?

8            A.   Correct.

9            Q.   What about APTIM's relationship with

10      Patriot Services?  Would Patriot --

11           A.   It was the exact --

12           Q.   My question is:  Was Patriot also a Tier I

13      subcontractor?

14           A.   Correct.  They worked for APTIM.

15           Q.   So Navigation worked -- I'm sorry.  Patriot

16      worked for APTIM.  And what was their role?  Were they also

17      building roofs?

18           A.   Correct.

19           Q.   And the employees of Navigation and Patriot went

20      through, I assume, the OSHA training course, the safety

21      courses that APTIM offered; is that right?

22           Can you hear me?  Hello?

23                    (Off the record.)

24      BY MS. RUSSELL:

25           Q.   I had a question for you.  I don't know if you

Donald Janz - Direct                                          17

1    heard the question, but I didn't hear an answer.

2         A.    What was --

3         Q.    The question is:  Were the employees of

4    Navigation and Patriot required to go through the APTIM

5    safety program?

6         A.    And I answered correct.

7         Q.    I just didn't hear that.

8         While you were employed by the EHRVI Program if

9    someone from Navigation or Patriot was no longer working

10   for these companies, would you be contacted so you could

11   get the badge back?

12        A.    I personally would not be contacted.  That would

13   probably be through our Health and Safety Department who

14   issued the badges.

15        Q.    Who was heading up that Health and Safety

16   Department at that time in November of 2018?

17        A.    There should have been two individuals, one, a

18   Darion Granger, and the other one, a Greg Pryorie

19   (phonetic).

20        Q.    Can you spell Greg's last name?

21        A.    No.

22        Q.    Can you repeat it?

23        A.    Pryorie.

24        Q.    I am trying to write it down phonetically.

25        A.    Yeah, I mean, I can -- I just always called him

Donald Janz - Direct                                    18

1    Greg P.  I think it's -- I think it's with a y.  It's not

2    like spelled like Peoria, Arizona.  I think it's with a y,

3    so it's P-r-y-o-r-i-e maybe.  I don't know.

4         Q.   Got it.

5         I know APTIM issued the badges.  Did APTIM also take

6    the pictures of the individuals -- of the individual

7    contractors for these badges?

8         A.   That is correct.

9         Q.   And these individuals, the Tier I's, were not --

10   you're saying that APTIM did not provide transportation to

11   Tier I employees, Patriot or Navigation; is that right?

12        A.   As stated before, APTIM did not provide vehicles

13   to the subcontractors.

14        Q.   To the best of your knowledge, were any of the

15   subcontractors, and specifically Navigation and Patriot,

16   working on 24-hour shifts --

17        A.   As stated --

18        Q.   -- in connection --

19        A.   -- we only worked normal business hours during

20   the day, as long as there was daylight, from 6:00 to 6:00

21   or 7:00 to 7:00, depending on the time of the year.

22        Q.   I thought that was only when the warehouse would

23   be open.

24        A.   No.

25        Q.   But you're saying the work hours --

Donald Janz - Direct                                      19

1        A.    Our work hours while we were on the island were

2   basically normal.  There was no 24-hour shift, just the

3   daytime shift.

4        Q.    And was this something that was instituted by

5   APTIM in terms of the hours of the Tier I employees,

6   Navigation and Patriot?

7        A.    It kind of make sense that you wouldn't be on the

8   roof at -- at midnight, so when you can't see so...

9        Q.    How is it that APTIM sort of -- well, did APTIM

10  have a relationship with Navigation prior to the

11  EHRVI Program?

12       A.    Not that I'm aware of.

13       Q.    And what about Patriot, did APTIM have any

14  relationship with Patriot before the EHRVI Program?

15       A.    Not that I'm aware of.

16       Q.    How did APTIM, to the best of your knowledge --

17  well, you're the -- you were the construction manager for

18  the EHRVI Program.  So you, as construction manager, how

19  did you discover this subcontractor called Navigation?

20            MR. MOSKOWITZ:    Objection.

21  BY MS. RUSSELL:

22       A.    Yeah, when my subcontract administrator told me

23  that they were cleared to work for APTIM.

24       Q.    Navigation was cleared to work for APTIM?

25       A.    That was correct, from my subcontracts.

```
 1          Q.   And do you know what that clearance actually
 2     means?
 3          A.   I do not.
 4          Q.   And would it have been the same with Patriot,
 5     somebody said that they were cleared to perform
 6     subcontractor work?
 7          A.   That would be correct.
 8          Q.   And do you know who the person is who told you
 9     that these companies got the clearance to provide work
10     under the EHRVI Program or were qualified?
11          A.   Johnson Hunt was our subcontract administrator on
12     island.
13          Q.   So are you saying that Mr. Hunt is the one who
14     would have brought these companies to your attention or
15     that he may know who brought the companies to your
16     attention?
17          A.   Mr. Hunt was our subcontracts administrator, and
18     he's the one that issues the purchasing orders and order
19     for subcontractors that worked for APTIM.
20          Q.   I understand that APTIM provided vehicles for its
21     own employees to work -- to, you know, sort of get around.
22     Were these vehicles accessible by the APTIM employees for
23     24 hours or just between the hours of work?
24          A.   The vehicles were basically given to the
25     employees to travel from work and then back and forth to
```

1    wherever they were staying, housing, hotels, et cetera.

2         Q.   And I assume, because most of these employees

3    were off island, that APTIM made arrangements for the

4    housing, for the transportation, et cetera?

5         A.   That is correct.

6              MR. MOSKOWITZ:    Objection to form as to APTIM

7         employees only.

8    BY MS. RUSSELL:

9         Q.   Right, APTIM employees.

10        A.   Correct.

11        Q.   Were the APTIM employees given a safety training,

12   any type of safety training program?

13        A.   Yes, they were basically given the same safety

14   training program that our subcontractors was given.  And

15   that's how we got our badges.

16        Q.   Now, when I say safety program, I was talking

17   about OSHA.  What about driving, motor vehicle safety?

18        A.   APTIM, as a company, has their own safety program

19   that does have defensive driving and other courses.  In

20   order for us to drive a APTIM vehicle or rental vehicle, we

21   have to be trained, and our motor vehicle records get

22   pulled and make sure that we actually have a driver's

23   license and all that.

24        Q.   And that's for APTIM employees?

25        A.   Yes, we're talking about APTIM employees.

1      Q.   Did APTIM, when it contracted with the

2  subcontractors, require that same type of defensive driving

3  program for people who -- the off-island people who would

4  be working on the EHRVI Program?

5      A.   Like I said, that was just for APTIM employees.

6      Q.   Right.  But when APTIM contracted with Navigation

7  or Patriot, did they require them to --

8      A.   Not that I'm aware of.

9      Q.   -- have this program?

10     Did you find, as an APTIM employee, that the defensive

11  driving courses were helpful?

12     A.   Uhm, it depends, you know.  I mean, it's -- I

13  been doing it for 27 years so, and I been driving ever

14  since I was 10 years old; so I could say not really.

15     Q.   What about driving on the left-hand side of the

16  road?

17     A.   Oh, that was interesting.

18     Q.   I know you haven't been doing that since you were

19  10.

20     A.   Well, yeah.  I live out in the country so...

21     Q.   Got it.

22     Tell me about any -- if any, specific defensive

23  driving program you may have gone through for driving

24  specifically on St. Croix?

25     A.   No, nothing for St. Croix.  You just kinda -- the

Donald Janz - Direct                                          23

1    minute you got off the airplane and seen everybody driving

2    on the left-hand side of the road, you just kinda followed

3    suit.  Called common sense.

4         Q.   What period of time did you work on St. Croix,

5    between when and when?

6         A.   Basically, the whole time I was down there.  I

7    mean, it's been several years so...  I think I was down

8    there from end of September to, I want to say, the summer,

9    the following summer.

10        Q.   So that would be 2019.  So September 2018 to the

11   following summer of 2019?

12        A.   Yes, that sounds about right.

13        Q.   Were you aware of the car accident that occurred

14   on November 1st involving Andrew and Nathan McCann?

15        A.    I can't recall if I was aware of it or not or if

16   it was something that was just mentioned on passing or --

17   or anything like that, but I do not have any recollection

18   of that.

19        Q.   I understand you don't have any specific

20   recollection, but were you aware that the only thing left

21   at the accident site were two APTIM badges?

22        A.   No.

23             MR. MOSKOWITZ:    Object to the form.

24   BY MS. RUSSELL:

25        Q.   I didn't hear your answer, Mr. Janz.

Donald Janz - Direct                                      24

1        A.   I said, no, I did -- I was not.

2        Q.   What happened to the vehicles that APTIM used for

3    its employees in connection with the EHRVI Program?  Did

4    they remain -- the ones that were shipped down, the 80

5    trucks, did they go back to the states, or did they remain

6    in the Virgin Islands?

7        A.   It depends on -- we have a contract with

8    Donnellan Corporation, and so depending on the year of the

9    vehicle, the miles on the vehicle, the majority of the

10   vehicles did get sent back to the states, but I -- I do

11   know that we did or Donnellan did sell some of the vehicles

12   down there on the island.

13       Q.   Do you know whether or not any of the

14   subcontractors used, well, artificial lighting to perform

15   work at night?

16       A.   There shouldn't have been any work at night; so

17   they shouldn't have needed artificial lighting.

18       Q.   Did any Tier I employees have access to APTIM

19   vehicles?

20       A.   No.  APTIM vehicles were for APTIM employees

21   only.

22            MS. RUSSELL:    Mr. Janz, that's all the

23       questions I have.  Have a great retirement.  All the

24       best to you for the new year.

25            THE WITNESS:    All right.

Donald Janz - Cross                                        25

```
 1                      CROSS-EXAMINATION
 2    BY MR. MOSKOWITZ:
 3         Q.   Good afternoon, Mr. Janz.  My name is
 4    Alex Moskowitz, and I am the attorney for APTIM.  Just a
 5    couple of follow-up questions for you, from what counsel
 6    for the plaintiff just asked you.
 7         Are you aware of whether or not APTIM brought down any
 8    Jeep Liberties to the U.S. Virgin Islands?
 9         A.   Am I aware that APTIM brought Jeep Liberties?
10         Q.   Yes.  Did APTIM bring any Jeep Liberties to the
11    U.S. Virgin Islands?
12         A.   No, we are -- I'm a Ford guy, so we only bring
13    down Chevy.  So that's another reason I'm retiring.  So but
14    we do not have any -- we're all Chevy, Chevrolet so...
15         Q.   So no Jeep Liberties in that fleet?
16         A.   No, no Jeep Liberties in the fleet.
17         Q.   Were any work on housing done after 7:00 p.m.
18    throughout the course of the time you were in St. John --
19    excuse me, St. Croix?
20         A.   There should not have been any work done after
21    7:00 p.m.
22         Q.   Did APTIM distribute any work orders for work to
23    be performed after 7:00 p.m.?
24         A.   No.  The work orders were -- were given, you
25    know, to perform the work, and the majority of the houses
```

Donald Janz - Cross/Redirect/Recross                26

1    weren't a one-day fix, you know; so it was several days.

2    So there was really no reason for anybody to work around

3    the clock or even try to work around the clock.

4         Q.   Was there any policy where APTIM subcontractors

5    would request a waiver to work after 7:00 p.m.?

6         A.   Not that I'm aware of so...

7         Q.   The employees of Patriot and Navigation were not

8    APTIM's employees; correct?

9         A.   Correct.

10        MR. MOSKOWITZ:    I have nothing further.  Thank

11   you, Mr. Janz.

12        THE WITNESS:    You're welcome.

13                    REDIRECT EXAMINATION

14   BY MS. RUSSELL:

15        Q.   Mr. Janz, you did describe them as working for

16   APTIM though; is that right?

17        A.   Well, yeah, everybody worked for somebody, but

18   they did not -- they were not -- APTIM did not directly pay

19   the subcontract employees.

20        MS. RUSSELL:    Understood.  Thank you very

21   much.

22                    RECROSS-EXAMINATION

23   BY MR. MOSKOWITZ:

24        Q.   Mr. Janz, I have a follow-up based on that.

25        So did APTIM direct the means of the work to be

Donald Janz - Recross                                    27

1    performed by its subcontractors?

2        A.   As far as issuing them a work order and a

3    drawings and tell them what to do?  Is that your question?

4        Q.   Correct.

5        A.   Correct.

6        Q.   All right.  But did APTIM direct the activities

7    of the Patriot and Navigation workers on a day-to-day

8    basis?

9        A.   No, they did not direct them.  That was up to the

10   subcontractors to direct their own personnel.

11       Q.   Did APTIM provide tools for the subcontractors?

12       A.   Provide what?

13       Q.   Tools.

14       A.   No.  Subcontractors provided their own tools.

15       Q.   Did APTIM pay the subcontractors' employees

16   directly?

17       A.   No.

18       Q.   Did APTIM provide benefits to any subcontractors'

19   employees?

20       A.   No.

21           MR. MOSKOWITZ:    All right.  I have nothing

22       further.

23           MS. RUSSELL:    Thank you very much.

24           (At 3:02 p.m., the deposition of this witness

25       was concluded.)

<u>CERTIFICATE OF REPORTER</u>

1

2

3          I, YVONNE SAMUEL-SETORIE, Registered

4  Professional Reporter, do hereby certify that the above and

5  named witness, DONALD ROBERT JANZ, after being duly sworn,

6  was examined and testified via Zoom video conference as is

7  set forth; and that the answers of said witness to the oral

8  interrogatories propounded by counsel were taken by me in

9  machine shorthand, and represents the official transcript

10 of said deposition; and that said deposition is true and

11 correct, to the best of my ability.

12

13         I FURTHER CERTIFY that I am not counsel,

14 attorney, or relative of either party, nor financially or

15 otherwise interested in the event of this lawsuit.

16

17         IN WITNESS WHEREOF, I have hereunto

18 subscribed my hand on this 27th day of January 2023.

19

20

21

22              YVONNE SAMUEL-SETORIE, RPR

23

24

25