## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT, <br><br> Plaintiff, <br><br> v. <br><br> APTIM ENVIRONMENTAL AND INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ODEBRECHT CONSTRUCTION, INC., NATHAN McCANN, ANDRES McCANN, JOHN DOES, JANE DOES AND UNKNOWN CORPORATIONS <br><br> Defendants. | Case. No. 1:19-CV-0025 |

### NOTICE OF FILING PROPOSED ORDER

Defendant APTIM Environmental and Infrastructure, LLC (f/k/a APTIM Environmental and Infrastructure, Inc.)("APTIM"), by and through its undersigned counsel Dudley Newman Feuerzeig LLP hereby files its Notice of Filing Proposed Order to its Motion for Summary Judgment which was filed on February 24, 2023.  Attached hereto as **Exhibit 1.**

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED:** February 27, 2023      By:    */s/* Alex M. Moskowitz
**ALEX M. MOSKOWITZ** (V.I. Bar No. 1072)
**CRAIG M. O'SHEA** (V.I. Bar No. R2072)
Law House
1000 Frederiksberg Gade
St. Thomas, VI 00802
Telephone:   (340) 774-4422
E-Mail:   amoskowitz@dnfvi.com
E-Mail:   coshea@dnfvi.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the 27th day of February, 2023, I caused the foregoing "**Notice of Filing Proposed Order**" to be electronically filed with the Court's ECF/CMF system which will send notification of same to the attorney listed below:

DIANE M. RUSSELL, ESQ.
LAW OFFICES OF DIANE M. RUSSELL, PC
9273 ESTATE CLIFTON HILL KINGSHILL
ST. CROIX, VI 00850
RUSSELL.DIANE1@GMAIL.COM

                                                        /s/ Alex M. Moskowitz