# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APTIM ENVIRONMENTAL AND ) <br> INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ) <br> ODEBRECHT CONSTRUCTION, INC., NATHAN ) <br> McCANN, ANDRES McCANN, JOHN DOES, JANE ) <br> DOES AND UNKNOWN CORPORATIONS ) <br> ) <br> Defendants. ) | Case. No. 1:19-CV-0025 |

## **ORDER**

**THIS MATTER** is before the Court on Defendant APTIM Environmental and Infrastructure, LLC (f/k/a APTIM Environmental and Infrastructure, LLC Inc.)("APTIM") Motion for Summary Judgment. For the reasons set forth in the Memorandum Opinion of even date, it is hereby

**ORDERED** that APTIM's Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED** that **JUDGMENT IS ENTERED** for APTIM and against Plaintiff Kevongh J. Grant on all counts of Plaintiff's Amended Complaint pertaining to APTIM; it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** APTIM as a Defendant.


**Date:** _____

_____
**WILMA A. LEWIS**
**District Judge**