# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT ) | |
| ) | |
|     Plaintiff, ) | **Case. No. 1:19-CV-0025** |
| v. ) | |
| ) | |
| APTIM ENVIRONMENTAL AND ) | |
| INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ) | |
| ODEBRECHT CONSTRUCTION, INC., NATHAN ) | |
| McCANN, ANDRES McCANN, JOHN DOES, JANE ) | |
| DOES AND UNKNOWN CORPORATIONS ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF FILING STATEMENT OF UNDISPUTED FACTS

Defendant APTIM Environmental and Infrastructure, LLC (f/k/a APTIM Environmental and Infrastructure, Inc.)("APTIM"), by and through its undersigned counsel Dudley Newman Feuerzeig LLP hereby files its Notice of Filing Statement of Undisputed Facts without Exhibits. The Statement is attached hereto as **Exhibit 1.**

                                                                           Respectfully submitted,

                                                                           **DUDLEY NEWMAN FEUERZEIG LLP**

**DATED:** February 27, 2023        By:      /s/ Alex M. Moskowitz
                                                                           **ALEX M. MOSKOWITZ** (V.I. Bar No. 1072)
                                                                           **CRAIG M. O'SHEA** (V.I. Bar No. R2072)
                                                                           Law House
                                                                           1000 Frederiksberg Gade
                                                                           St. Thomas, VI 00802
                                                                           Telephone:    (340) 774-4422
                                                                           E-Mail:       amoskowitz@dnfvi.com
                                                                           E-Mail:       coshea@dnfvi.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this the 27th day of February, 2023, I caused the foregoing **"Notice of Statement of Undisputed Facts "** to be electronically filed with the Court's ECF/CMF system which will send notification of same to the attorney listed below:

DIANE M. RUSSELL, ESQ.
LAW OFFICES OF DIANE M. RUSSELL, PC
9273 ESTATE CLIFTON HILL KINGSHILL
ST. CROIX, VI 00850
RUSSELL.DIANE1@GMAIL.COM

                /s/ Alex M. Moskowitz