IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APTIM ENVIRONMENTAL AND ) <br> INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, ) <br> ODEBRECHT CONSTRUCTION, INC., NATHAN ) <br> McCANN, ANDRES McCANN, JOHN DOES, JANE ) <br> DOES AND UNKNOWN CORPORATIONS ) <br> ) <br> Defendants. ) | **Case. No. 1:19-CV-0025** |

# EXHIBIT 5

# UNITED STATES VIRGIN ISLANDS UNIFORM CRASH REPORT

**Agency Number:** STX — **Agency Case Number:** 18A09162  **Page** 01 of 06

**Agency Name:** UNITED STATES VIRGIN ISLANDS POLICE DEPARTMENT - ST. CROIX

- G1. County: 01
- G2. Status Code: P (selected)
- G3. Reported Date: 11/01/2018
- G4. Reported Time: 0136
- G5. Officer Time — Dispatch: 0139; Arrival: 0144
- G6. Vehicles: 02
- G7. Killed: 00
- G8. Injured: 01
- G9. Address Number: (blank)
- G10. Street Name: PEARL ROAD
- G11. Hwy/County Road #: 62
- G12. Trafficflow Direction: W
- G13. Int: N
- G14. Distance: (blank)
- G15. Direction: (blank)
- G16. Intersecting Street Name: HOPE ROAD
- G17. Int. Hwy/County Road #: 68
- G18. City Name: CHRISTIANSTED
- G19. Latitude: N 17° 43.488
- G20. Longitude: W 064° 44.092

**G21. First Harmful Event:** Hit and run
**G22. Crash Location:** Roadway
**G23. Intersection Type:** Four-way Inter
**G24. Roadway System:** V.I. State Highway
**G25. Light Condition:** Dark-Lit
**G26. Road Condition:** Dry
**G27. Weather Condition:** Clear
**G28. Workzone Relationship:** Not Workzone Related
**G29. Workzone Type:** None

## WITNESS(ES)

- G30. First Name: DYLAN
- Last Name: ISNER
- G31. Address: PETERS REST APTS.
- G32. Phone Number: 3216936081
- G33. City: CHRISTIANSTED
- G34. State: VI
- G36. Sex: M

- G46. Badge Number: 3277
- G47. Investigating Officer Name: Rashid Iles
- G48. Officer Signature: Rashid Iles
- G49. Reviewing Badge Number: 3058
- G50. Reviewing Officer Initials: 3A
- G51. Photos Taken: Y
- G52. Photographer and Badge #: DET. RASHID ILES 3277

HWYSVIUCR07



# VIUCR Person/Occupant

- VO. Veh. #: 01
- PO. Person #: 01
- Agency Number: (blank)
- Agency Case Number: 18A09162
- Page: 03 of 06

**P1. Person Type:** ● Driver ○ Pedestrian ○ Bicyclist ○ Skater ○ Other non-motorist ○ Hit and Run Driver ○ LE

- **P2. License #:** C-030000081212
- **P3. State:** VI
- **P4. CDL?:** ● N ○ Y
- **P5. DOB (MM/DD/YYYY):** 08/30/1998
- **P6. First Name:** KEVONGH
- **M:** J
- **Last Name:** GRANT
- **P7. Address:** 10 C MARS HILL
- **P8. Phone Number:** 3402011210
- **P9. City:** FREDERIKSTED
- **P10. State:** VI
- **P11. Zip Code:** 00840

**P12. DL Status:** ● Valid ○ Suspended - DUI ○ No License ○ Learner Permit ○ Expired ○ Improper DL ○ Suspended ○ Other

**P13. Cited:** ○ Y ● N ○ P

**P14. Ticket #:** 1, 2 (blank)

**P15. Offense #:** 1, 2 (blank)

**P16. Xport:** ○ Not Transported ○ Police ○ Medic ○ EMS ○ Private Vehicle

**P17. EMS Agency Code:** STX

**P18. Medical Facility Code:** JFLH

**P19. Condition:**
- ● No Defects Apparent
- ○ Unknown
- ○ Hit and Run
- ○ Drinking - Not impaired
- ○ Drinking - Impaired
- ○ Fell Asleep/Fainted/Fatigue
- ○ Obviously Intoxicated
- ○ Physical Impairment
- ○ Affected by Exhaust Fumes
- ○ Using Drugs - Impaired
- ○ Using Drugs - Not Impaired
- ○ Pending Lab Results

**P20. Non-Motorist Action:**
- ○ Unknown
- ○ Entering/Crossing Roadway
- ○ Walking/running/playing/cycling
- ○ Working
- ○ Pushing vehicle
- ○ Approaching/leaving vehicle
- ○ Playing/working on vehicle
- ○ Standing

**P21. Contributing Circumstance (3):**
- ☒ No Apparent Improper Driving
- ☐ Failed to Yield Right of Way
- ☐ Failed to Maintain Safe Distance
- ☐ Speed Too Fast For Conditions
- ☐ Driving Under The Influence
- ☐ Animal on Roadway
- ☐ Faulty Equipment
- ☐ Exceeded Lawful Speed
- ☐ Improper Passing/Overtaking
- ☐ Made Improper Turn
- ☐ Right of Center
- ☐ Failure to keep proper lane/Run off road
- ☐ Avoidance
- ☐ Drove on Wrong Side of Road
- ☐ Fatigued/Asleep
- ☐ Illegally Crossing Median
- ☐ Improper Lane Change
- ☐ Lying and/or illegally in roadway
- ☐ Not Visible (Dark Clothing)
- ☐ Operating Defective Equipment
- ☐ Passed Stop Sign
- ☐ Pedestrian Actions
- ☐ Ran Red Light
- ☐ Roadway Defects
- ☐ Visibility Obstructed
- ☐ Improper Reversing
- ☐ See Crash Description

**P22. Safety Equip. (2):**
- ☒ Shoulder & Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

**P23. Injury Type:** ○ None ○ Complaint of Pain ○ Moderate ● Life Threatening ○ Killed

**P24. Ejection:** ○ Not ○ Partially ● Totally

**P25. Extricated:** ● N ○ Y

**P26. Sex:** ● M ○ F

**P27. Race:** ○ White ● Black ○ Hispanic ○ Other

**P28. Position:** ● Left ○ Center ○ Right

**P29. Airbag:** ○ Deployed - Front ● Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

**P30. Type:** ☒ None ☐ Blood ☐ Breath ☐ Serum ☐ Urine ☐ SFST's

**P31. Status:** ☒ None given ☐ Test refused ☐ Arrested ☐ Test given ☐ Test given, pending

**P32. Result:** (blank)

**Drug Test Information**

**P33. Type:** ● None ○ Blood ○ Serum ○ Urine

**P34. Status:** ● None given ○ Test refused ○ Test given, pending ○ Test given

---

## Occupant

- 00. Vehicle #: (blank)
- 01. First Name: (blank)
- M: (blank)
- Last Name: (blank)
- 02. Address Same as Driver #: (blank)
- 03. Address: (blank)
- 04. City: (blank)
- 05. State: (blank)
- Unborn Child: ☐
- 06. Position: ○ Front-Driver ○ Front-Middle ○ Front-right ○ 2nd-left ○ 2nd-middle ○ 2nd-right ○ 3rd-left ○ 3rd-middle ○ 3rd-right ○ Sleeper of Truck Cab ○ Encl. Pass./Cargo Area ○ Unencl. Pass./Cargo Area ○ Riding on Exterior ○ Towed Vhcl./Trailer
- 07. Safety Equip. (2): ☐ Shoulder and Lap Belt ☐ None ☐ Lap Belt ☐ Automated Restraint ☐ Shoulder Belt ☐ Child Safety Seat ☐ Helmet
- 08. Sex: ○ M ○ F
- 09. Race: ○ White ○ Hispanic ○ Black ○ Other
- 010. Age: (blank)
- 011. Extricated: ○ N ○ Y
- 012. Ejection: ○ Not ○ Partially ○ Totally
- 013. Injury Type: ○ None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed
- 014. Airbag: ○ Deployed - Front ○ Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both
- 015. Xport: ○ Not Transported ○ Police ○ Medic ○ EMS ○ Private Vehicle
- 016. EMS Agency Code: (blank)
- 017. Medical Facility Code: (blank)

---

## Occupant

- 00. Vehicle #: (blank)
- 01. First Name: (blank)
- M: (blank)
- Last Name: (blank)
- 02. Address Same as Driver #: (blank)
- 03. Address: (blank)
- 04. City: (blank)
- 05. State: (blank)
- Unborn Child: ☐
- 06. Position: ○ Front-Driver ○ Front-Middle ○ Front-right ○ 2nd-left ○ 2nd-middle ○ 2nd-right ○ 3rd-left ○ 3rd-middle ○ 3rd-right ○ Sleeper of Truck Cab ○ Encl. Pass./Cargo Area ○ Unencl. Pass./Cargo Area ○ Riding on Exterior ○ Towed Vhcl./Trailer
- 07. Safety Equip. (2): ☐ Shoulder and Lap Belt ☐ None ☐ Lap Belt ☐ Automated Restraint ☐ Shoulder Belt ☐ Child Safety Seat ☐ Helmet
- 08. Sex: ○ M ○ F
- 09. Race: ○ White ○ Hispanic ○ Black ○ Other
- 010. Age: (blank)
- 011. Extricated: ○ N ○ Y
- 012. Ejection: ○ Not ○ Partially ○ Totally
- 013. Injury Type: ○ None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed
- 014. Airbag: ○ Deployed - Front ○ Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both
- 015. Xport: ○ Not Transported ○ Police ○ Medic ○ EMS ○ Private Vehicle
- 016. EMS Agency Code: (blank)
- 017. Medical Facility Code: (blank)

HWYSVIUCR07A

# VIUCR Vehicle

| Field | Value |
|---|---|
| V0. Vehicle # | 01 |
| V1. Total Occupants | 01 |
| V0. Agency Number | |
| Agency Case Number | 18A09162 |
| Page | 04 of 06 |
| V2. State | VI |
| V3. Year | 2019 |
| V4. License Plate Number | CFC-668 |
| V5. Make | CHEVY |
| V6. Model Year | 2006 |
| V7. Vehicle Model | SILVERADO |
| V8. Vehicle Color | TAN |
| V9. Damage | ● Heavy  ○ Light  ○ None |
| V10. Speed Zone | 20 |
| V11. Est. Speed | |
| V36. VIN | 3GCEC14X06G148339 |

**Owner Information**

- Same as Driver: ☐
- V12. Owner Name: ANTHONY GRANT
- V13. Address: 10C MARS HILL
- V14. City: FREDERIKSTED
- V15. State: VI
- V16. Zip Code: 00840
- V19. No Proof of Insurance: ☐
- V17. Insurance Company Name: CARLTON WILLIAMS ASS
- V18. Policy Number: 1123178000461

## V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object**
- Animal
- Bicyclist
- Maintenance Equip.
- Moving Vehicle
- Parked Vehicle
- Pedestrian
- Slowing Vehicle
- Stopped Vehicle in Road

**Non-Collision**
- Cargo Loss/Shift
- Crossover
- Equipment Failure
- Fell/Jump from Vehicle
- Fire/Explosion
- Immersion
- Jackknife
- Median/Centerline
- Thrown/Falling Object
- Off roadway/Left
- Off roadway/Right
- Overturn/Rollover
- Unit Separation
- Over Correcting/Steering

**Collision w/ Fixed Object**
- Attenuator/Cushion
- Bridge Structure
- Culvert
- Curb
- Ditch
- Embankment
- Fence
- Guardrail
- Mailbox
- Median Barrier
- Post/Pole/Support
- Tree
- Other Fixed Object

## V21. Vehicle Action
- ● Going Straight
- ○ Avoidance
- ○ Making Left Turn
- ○ Lane Change
- ○ Stopped
- ○ Leaving Parking
- ○ Slow/Stop in Road
- ○ Overtaking/Passing
- ○ Parked
- ○ Parking Position
- ○ Reversing
- ○ Making U Turn
- ○ Making Right Turn
- ○ In Tow

## V22. Vehicle Configuration
- ○ Passenger Car
- ● Light Truck
- ○ Stationwagon/Van
- ○ SUV
- ○ Motorcycle
- ○ Other
- ○ RV
- ○ School Bus
- ○ Single-Unit Truck(2)
- ○ Single-Unit Truck(3+)
- ○ Farm Tractor
- ○ Tractor/SemiTrailer
- ○ Tractor(2)
- ○ Tractor(3)
- ○ Truck/Trailer
- ○ Emergency Veh.
- ○ Commercial Bus
- ○ ATV
- ○ Farm Equip.
- ○ Unknown Truck

## V23. Initial Contact
(diagram)

## V24. Direction of Travel
- ○ Under
- ● Overturn
- ○ None
- ○ Other
- Compass: W

## V25. Bikeway Type
- ● None
- ○ Right only
- ○ Left Only
- ○ Both Sides
- ○ Separate
- ○ Signed

## V26. Traffic Control Device
- ○ Channel-Painted
- ○ Channel-Physical
- ○ Flag Person
- ○ Flashing Signal Red
- ○ Flashing Signal Yellow
- ○ No Passing
- ● None
- ○ Officer
- ○ Stop Bar
- ○ Crossing Guard
- ○ Signal
- ○ Stop Sign
- ○ Const. Flashing Sign
- ○ Yield Sign

V27. Device Functioning? ○ Y ○ N

## V28. Road Character
- ● Straight/Level
- ○ Straight/Grade
- ○ Curve/Level
- ○ Straight/Hillcrest
- ○ Curve/Grade
- ○ Bridge
- ○ Private Drive
- ● Intersect two roads
- ○ Curve/Hillcrest
- ○ Crossover
- ○ Begin/End Divided Road
- ○ One-Way

## V29. Road Design
- ● 2 Lane
- ○ 3 Lane
- ○ 4+
- ○ Off Ramp
- ○ Parking Lot
- ○ One Way
- ○ 1 Lane
- ○ Unpaved

V30. Divided? ○ Yes ○ No
V31. Center Turn Lane? ○ Yes ○ No

## V32. Road Surface Type
- ● Asphalt
- ○ Concrete
- ○ Dirt
- ○ Gravel
- ○ Other - See Narrative

V33. Towed? ○ Yes ○ No
V34. Authority: ○ Owner ○ Police ○ Other
V35. Towed By:

## Commercial Vehicle

- C1. Carrier ID Number:
- C2. Authority: ○ US DOT  ○ MC  ○ State  ○ Canada  ○ Mexico
- C3. Carrier Name:
- C4. Carrier Address:
- C5. City:
- C6. State:
- C7. Zip Code:
- C8. GVWR #:

**C9. Cargo Body Type**
- ○ Auto transporter
- ○ Bus<15
- ○ Bus 15+
- ○ Cargo tank
- ○ Concrete Mixer
- ○ Dump
- ○ None
- ○ Flatbed
- ○ Garbage/refuse
- ○ Grain/chips/gravel
- ○ Other
- ○ Pole/log
- ○ Van/enclosed box
- ○ N/A

NOV 1 9

- C10. Commodity Hauled:
- C11. Placard ID:
- C12. HAZMAT Released ○ Yes ○ No

HWYSVIUCR07B

# VIUCR Person/Occupant

| VO. Veh. # | PO. Person # | Agency Number | Agency Case Number | Page |
|---|---|---|---|---|
| 0 2 | 0 2 | — | 1 8 A 0 9 1 6 2 | 05 of 06 |

**P1. Person Type:** ○ Driver  ○ Pedestrian  ○ Bicyclist  ○ Skater  ○ Other non-motorist  ● Hit and Run Driver  ○ LE

**P2. License #:** [blank]
**P3. State:** V I
**P4. CDL?:** ○ N  ○ Y
**P5. DOB (MM/DD/YYYY):** [blank]

**P6. First Name:** [blank]  M [blank]  **Last Name:** [blank]

**P12. DL Status:** ○ Valid  ○ Suspended - DUI  ○ No License  ○ Learner Permit  ○ Expired  ○ Improper DL  ○ Suspended  ○ Other

**P7. Address:** [blank]
**P8. Phone Number:** [blank]
**P9. City:** [blank]
**P10. State:** V I
**P11. Zip Code:** [blank]

**P22. Safety Equip. (2):** ☐ Shoulder & Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**P23. Injury Type:** ○ None  ○ Complaint of Pain  ○ Moderate  ○ Life Threatening  ○ Killed

**P24. Ejection:** ○ Not  ○ Partially  ○ Totally

**P13. Cited:** ○ Y  ○ N  ○ P
**P14. Ticket #:** 1 [blank] 2 [blank]
**P15. Offense:** 1 [blank] 2 [blank]

**P25. Extricated:** ○ N  ○ Y
**P26. Sex:** ○ M  ○ F
**P27. Race:** ○ White  ○ Hispanic  ○ Black  ○ Other
**P28. Position:** ○ Left  ○ Center  ○ Right

**P16. Xport:** ○ Not Transported  ○ Police  ○ Medic  ○ EMS  ○ Private Vehicle
**P17. EMS Agency Code:** [blank]
**P18. Medical Facility Code:** [blank]

**P29. Airbag:** ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

**P19. Condition:**
○ No Defects Apparent
○ Unknown
○ Hit and Run
○ Drinking - Not Impaired
○ Drinking - Impaired
○ Fell Asleep/Fainted/Fatigue
○ Obviously Intoxicated
○ Physical Impairment
○ Affected by Exhaust Fumes
○ Using Drugs - Impaired
○ Using Drugs - Not Impaired
○ Pending Lab Results

**P20. Non-Motorist Action:**
○ Unknown
○ Entering/Crossing Roadway
○ Walking/running/playing/cycling
○ Working
○ Pushing vehicle
○ Approaching/leaving vehicle
○ Playing/working on vehicle
○ Standing

**P30. Type:** ☐ None  ☐ Blood  ☐ Breath  ☐ Serum  ☐ Urine  ☐ SFST's
**P31. Status:** ☐ None given  ☐ Test refused  ☐ Arrested  ☐ Test given  ☐ Test given, pending
**P32. Result:** [ . ]

**P21. Contributing Circumstance (3):**
☐ No Apparent Improper Driving
☒ Failed to Yield Right of Way
☐ Failed to Maintain Safe Distance
☐ Speed Too Fast For Conditions
☐ Driving Under The Influence
☐ Animal on Roadway
☐ Faulty Equipment
☐ Exceeded Lawful Speed
☒ Improper Passing/Overtaking
☐ Made Improper Turn
☐ Right of Center
☐ Failure to keep proper lane/Run off road
☐ Avoidance
☐ Drove on Wrong Side of Road
☐ Fatigued/Asleep
☐ Illegally Crossing Median
☐ Improper Lane Change
☐ Lying and/or illegally in roadway
☐ Not Visible (Dark Clothing)
☐ Operating Defective Equipment
☐ Passed Stop Sign
☐ Pedestrian Actions
☐ Ran Red Light
☐ Roadway Defects
☐ Visibility Obstructed
☐ Improper Reversing
☐ See Crash Description

**Drug Test Information**
**P33. Type:** ○ None  ○ Blood  ○ Serum  ○ Urine
**P34. Status:** ○ None given  ○ Test refused  ○ Test given, pending  ○ Test given

## Occupant

**00. Vehicle #:** [blank]  **01. First Name:** [blank]  M [blank]  **Last Name:** [blank]
**02. Address Same as Driver #:** [blank]
**03. Address:** [blank]
**04. City:** [blank]  **05. State:** [blank]  Unborn Child ☐

**06. Position:** ○ Front-Driver  ○ Front-Middle  ○ Front-right  ○ 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

**07. Safety Equip. (2):** ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**08. Sex:** ○ M  ○ F
**09. Race:** ○ White  ○ Hispanic  ○ Black  ○ Other
**010. Age:** [blank]
**011. Extricated:** ○ M ○ N ○ Y ○ Y
**012. Ejection:** ○ Not  ○ Partially  ○ Totally
**013. Injury Type:** ○ None  ○ Life Threatening  ○ Complaint of Pain  ○ Moderate  ○ Killed
**014. Airbag:** ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

**015. Xport:** ○ Not Transported  ○ Police  ○ Medic  ○ EMS  ○ Private Vehicle
**016. EMS Agency Code:** [blank]
**017. Medical Facility Code:** [blank]

## Occupant

**00. Vehicle #:** [blank]  **01. First Name:** [blank]  M [blank]  **Last Name:** [blank]
**02. Address Same as Driver #:** [blank]
**03. Address:** [blank]
**04. City:** [blank]  **05. State:** [blank]  Unborn Child ☐

**06. Position:** ○ Front-Driver  ○ Front-Middle  ○ Front-right  ○ 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

**07. Safety Equip. (2):** ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**08. Sex:** ○ M  ○ F
**09. Race:** ○ White  ○ Hispanic  ○ Black  ○ Other
**010. Age:** [blank]
**011. Extricated:** ○ M ○ N ○ Y ○ Y
**012. Ejection:** ○ Not  ○ Partially  ○ Totally
**013. Injury Type:** ○ None  ○ Life Threatening  ○ Complaint of Pain  ○ Moderate  ○ Killed
**014. Airbag:** ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

**015. Xport:** ○ Not Transported  ○ Police  ○ Medic  ○ EMS  ○ Private Vehicle
**016. EMS Agency Code:** [blank]
**017. Medical Facility Code:** [blank]

HWYSVIUCR07A

# VIUCR Vehicle

| V0. Vehicle # | V1. Total Occupants | Agency Number | Agency Case Number | Page |
|---|---|---|---|---|
| 02 | 01 | | 18A09162 | 06 of 06 |

| V2. State | V3. Year | V4. License Plate Number |
|---|---|---|
| FL | 2018 | BQS-X33 |

**Owner Information**

Same as Driver: ☐

- V12. Owner Name: ODERECHT CONTRUCTION INC.
- V13. Address: 3201 GRIFFIN RD 3RDS FLOOR
- V14. City: DANIA BEACH
- V15. State: FL
- V16. Zip Code: 33312

| V5. Make | V6. Model Year |
|---|---|
| JEEP | |

| V7. Vehicle Model | V8. Vehicle Color |
|---|---|
| LIBERTY | WHIT |

V9. Damage: ● Heavy  ○ Light  ○ None
V10. Speed Zone  V11. Est. Speed

V19. No Proof of Insurance: ☑
V17. Insurance Company Name:
V18. Policy Number:

V36. VIN: 2FMDR3GC4DBA79279

## V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object**
- Animal
- Bicyclist
- Maintenance Equip.
- Moving Vehicle
- Parked Vehicle
- Pedestrian
- Slowing Vehicle
- Stopped Vehicle in Road

**Non-Collision**
- Cargo Loss/Shift
- Crossover
- Equipment Failure
- Fell/Jump from Vehicle
- Fire/Explosion
- Immersion
- Jackknife
- Median/Centerline
- Thrown/Falling Object
- Off roadway/Left
- Off roadway/Right
- Overturn/Rollover
- Unit Separation
- Over Correcting/Steering

**Collision w/ Fixed Object**
- Attenuator/Cushion
- Bridge Structure
- Culvert
- Curb
- Ditch
- Embankment
- Fence
- Guardrail
- Mailbox
- Median Barrier
- Post/Pole/Support
- Tree
- Other Fixed Object

## V21. Vehicle Action
- ● Going Straight
- ○ Avoidance
- ○ Making Left Turn
- ○ Lane Change
- ○ Stopped
- ○ Leaving Parking
- ○ Slow/Stop in Road
- ○ Overtaking/Passing
- ○ Parked
- ○ Parking Position
- ○ Reversing
- ○ Making U Turn
- ○ Making Right Turn
- ○ In Tow

## V22. Vehicle Configuration
- ○ Passenger Car
- ○ Light Truck
- ○ Stationwagon/Van
- ● SUV
- ○ Motorcycle
- ○ Other
- ○ RV
- ○ School Bus
- ○ Single-Unit Truck(2)
- ○ Single-Unit Truck(3+)
- ○ Farm Tractor
- ○ Tractor/SemiTrailer
- ○ Tractor(2)
- ○ Tractor(3)
- ○ Truck/Trailer
- ○ Emergency Veh.
- ○ Commercial Bus
- ○ ATV
- ○ Farm Equip.
- ○ Unknown Truck

V23. Initial Contact
V24. Direction of Travel: ● S
V25. Bikeway Type: ● None / Right only / Left Only / Both Sides / Separate / Signed

## V26. Traffic Control Device
- ○ Channel-Painted
- ○ Channel-Physical
- ○ Flag Person
- ○ Flashing Signal Red
- ○ Flashing Signal Yellow
- ○ No Passing
- ○ None
- ○ Officer
- ○ Stop Bar
- ○ Crossing Guard
- ○ Signal
- ● Stop Sign
- ○ Const. Flashing Sign
- ○ Yield Sign

V27. Device Functioning? ● Y  ○ N

## V28. Road Character
- ○ Straight/Level
- ● Intersect two roads
- ○ Straight/Grade
- ○ Curve/Level
- ○ Straight/Hillcrest
- ○ Curve/Grade
- ○ Bridge
- ○ Private Drive
- ○ Curva/Hillcrest
- ○ Crossover
- ○ Begin/End Divided Road
- ○ One-Way

## V29. Road Design
- ○ 2 Lane
- ○ 3 Lane
- ○ 4+
- ○ Off Ramp
- ○ Parking Lot
- ○ One Way
- ○ 1 Lane
- ○ Unpaved

V30. Divided? ○ Yes ○ No
V31. Center Turn Lane? ○ Yes ○ No

## V32. Road Surface Type
- ○ Asphalt
- ○ Concrete
- ○ Dirt
- ○ Gravel
- ○ Other - See Narrative

V33. Towed? ○ Yes ○ No   V34. Authority: ○ Owner ○ Police ○ Other   V35. Towed By:

## Commercial Vehicle

- C1. Carrier ID Number:
- C2. Authority: ○ US DOT  ○ MC  ○ State  ○ Canada  ○ Mexico
- C3. Carrier Name:
- C4. Carrier Address:
- C5. City:
- C6. State:
- C7. Zip Code:
- C8. GVWR #:

**C9. Cargo Body Type**
- ○ Auto transporter
- ○ Bus<15
- ○ Bus 15+
- ○ Cargo tank
- ○ Concrete Mixer
- ○ Dump
- ○ None
- ● Flatbed (N/A)
- ○ Garbage/refuse
- ○ Grain/chips/gravel
- ○ Other
- ○ Pole/log
- ○ Van/enclosed box
- ○ N/A

C10. Commodity Hauled:
C11. Placard ID:
C12. HAZMAT Released ○ Yes ○ No

HWYSVIUCR07B

Government of the Virgin Islands of the United States  Page 1 of 1
Description of Collision  CR: 18A09162

On November 1, 2018, at approximately 01:39 a.m., my partner Det. S. Lake, and I were dispatched by the 911 call center in reference to a reported auto accident in the vicinity of the Cool Out Bar, Christiansted.

Upon my arrival I made contact with D1(Kevongh Grant), who was in the process of receiving medical attention and was unable to provide a statement. D1 was transported to the Juan F. Luis Hospital for further treatment.

Within V2 (BQS-X33) I observed the APTIM identification cards of Mr. Nathan McCann and Mr. Andrew McCann. Neither individual was located at the scene. No insurance or registration information could be found within V2.

Dylan Isner was present near the intersection at the time of the collision. Mr. Isner was advised of his Miranda Rights and interviewed. Mr. Isner stated that he was a passenger in a vehicle traveling south on Hope Road when he observed V2 overtake him and travel into the intersection at a high rate of speed, colliding with V1 (CFC-668), thereby causing an accident.

At the Juan F. Luis Hospital I made contact with Dr. T. Merchant who stated that D1 had suffered a broken right arm as well as lacerations to his legs and arms. I made contact with D1, who stated that he was unable to remember the events of the accident.

On November 16, 2018, at the Wilbur Francis Command, I made contact with Darion Grainger, a Supervisor at APTIM, a company listed on the work identification cards found within V2. I provided Mr. Grainger with photographs of the identification cards to which he stated that he recognized the individuals as contractors. Mr. Grainger agreed to turn over information regarding Mr. N. McCann and Mr. A. McCann.

**MY INVESTIGATION OF THIS COLLISION REVEALED THE FOLLOWING FACTS:**

V1 received damages about the body of the vehicle to include the hood, front glass, cabin roof, driver and passenger side doors, tailgate and trunk.

V2 received damages to the front bumper, engine, driver and passenger side front wheel well and driver side front door. A check of V2's license plate revealed that V2's tag number is registered with Odedrecht Construction Inc. No insurance information was present.

Based on evidence observed on the scene, both vehicles collided at the intersection of Pearl Road and Hope Road.

Impact marks were observed in the south western section of the intersection in the vicinity of the crosswalk. In the vicinity of the intersection I observed a stop sign on the shoulder of the southbound lane indicating that V1 had the right of way.

Based on records provided by Mr. Grainger, Mr. N. McCann and Mr. A. McCann were identified as being employed with Campbell Development. Further investigation determined that both Mr. N. McCann and Mr. A. McCann departed from the island of St. Croix on November 2, 2018 and travelled to Houston, Texas.

Based on the limited information I cannot determine which of the two individuals was operating V2 at the time of the incident.

Government of the Virgin Islands of the United States  Page 2 of 2
Description of Collision  CR: 18A09162

Based on my findings I request this case remain open pending issuing of citations to for Failure to Yield Right of Way Thereby Causing an Accident, Leaving the Scene of an Accident After Causing Personal Injury, Operating without Proof of Insurance and Operating Without Proof of Registration to D2 or other responsible parties.

*Rashid Iles* /s/

Detective Rashid Iles
PDN# 3277

NOV 19 2018