IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KEVONGH J. GRANT | ) | |
| | ) | |
| Plaintiff, | ) | Case. No. 1:19-CV-0025 |
| v. | ) | |
| | ) | |
| APTIM ENVIRONMENTAL AND | ) | |
| INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, | ) | |
| ODEBRECHT CONSTRUCTION, INC., NATHAN | ) | |
| McCANN, ANDRES McCANN, JOHN DOES, JANE | ) | |
| DOES AND UNKNOWN CORPORATIONS | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 6



# SECURITY BADGING PROCEDURE
# EHRVI PROGRAM
October 26, 2018

**PURPOSE**

This guideline is provided to assist in the process of identifying personnel employed on the EHRVI project through the issuance of identification to each individual, on both islands of St. Croix and St. Thomas. Badging is essential for ensuring the security of the entire team, and providing a consistent appearance on the project – giving certainty to the program's applicants at their homes, to our client and key stakeholders, and among our colleagues as to the bona fide identity of team members. The process also allows for tracking the completion of various training programs, and identifying which personnel work for each of the various subcontractors.

1) **ENTIRE POPULATION:** Whether an APTIM employee or a subcontractor, all personnel on the project must be badged, and all must attend required orientation and safety trainings.
2) **SUBCONTRACTORS:** For subcontractor personnel, the steps are as follows:
   a. Prior to getting a badge or training, the Tier 1 subcontractor will send an e-mail listing each employee that will attend training, and subsequently receive a badge.
   b. Each listed employees must evidence an official and valid ID (driver's license, passport, etc.) which must be presented prior to training or badging.
   c. The employee must provide a safety training approval form that has the employee's name, company name, and signature of a supervisor from the employing Tier 1 contractor. (Example attached).
3) **DATA MANAGEMENT:** When a badge is issued, the badge information is put on the master badging roster associated with each island. An electronic copy of each badge will be uploaded into the badging database.
4) **BADGE FEATURES:** A nomenclature protocol is used. See attached Example of the badge, and its components. Abbreviations are used to identify the various Tier 1 subcontractors. A number range is used to identify each subcontractor's personnel. (Example attached).
5) **REPLACEMENT:** If an employee has lost a badge, that employee will need a signed letter from his employer's lead to be reissued a badge. The master file will be referenced to ensure that the request, photo and information is up-to-date and correct. The requesting employee will present a valid ID prior to replacement badge being re-issued.
6) **TERMINATE/VOLUNTARY TERMINATE:** Tier 1 subcontractors are to advise when any of their employee leave the project, for any reason -- their badge must be returned to one of the APTIM island safety personnel. The person will then be placed on a "removed" or "terminated" roster. The badging administrator will consult the removed/terminated roster when a new or replacement contractor badge is requested. If the person requesting the badge is on the removed/terminated roster and seeks badging with any another contractor associated with the project, APTIM project management (operations and safety) shall be consulted and give final approval or withhold approval where applicable.

APTIM00189



**SECURITY BADGING PROCEDURE**
**EHRVI PROGRAM**
October 26, 2018



# SAFETY TRAINING APPROVAL FORM

**EMPLOYEE NAME:** _____

**SUBCONTRACTOR:** _____

**ISLAND:** _____

**EMPLOYEE SIGNATURE:** _____

**SUBCONTRACTOR APPROVAL:**
**NAME:** _____

**TITLE:** _____

**SUBCONTRACTOR SIGNATURE:** _____

**PHONE:** _____

**DATE:** _____

APTIM00190



| Company Name | Badge ID # |
|---|---|
| APTIM-STX | APTIM 000-499 |
| APTIM-STT | APTIM 500-999 |
| Island Services | IS 1001-1999 |
| ALLCO | AL 3000 |
| Telacu | TC 3001-3020 |
| Patriot | PA 4001 |
| At-Risk | AR 5000-5999 |
| Newton | NEW 5001 |
| Clever Maniacs | CM 7001-7036 |
| Navigation | NA 10001- |
| Triangle | TR 11000-110020 |

APTIM00191



APTIM00192



APTIM00193