IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KEVONGH J. GRANT )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APTIM ENVIRONMENTAL AND )<br>INFRASTRUCTURE, INC., WITT O'BRIEN'S, LLC, )<br>ODEBRECHT CONSTRUCTION, INC., NATHAN )<br>McCANN, ANDRES McCANN, JOHN DOES, JANE )<br>DOES AND UNKNOWN CORPORATIONS )<br>)<br>Defendants. ) | Case. No. 1:19-CV-0025 |

# EXHIBIT 8

    

    

    

    

    

**APTIM00195**